# EXHIBIT "2"



Terms of Service | Privacy Policy | Contact Us | Site Map

| Accommodation | Home | Services | Calendar | Contact Us | Links | Media Enquiries |

Ticketing

IT Solutions

Additional Services

**The MATCH Calendar**

JAN 26

Click here for more information on the events MATCH are involved with.



Click here for the latest FIFA World Cup™ updates at FIFA.com

**Latest News**

Byrom Group Statement:
Byrom Group of Companies are delighted... more...

----------------------------

MATCH Hospitality posts record sales
For the 2014 FIFA World Cup™...
more...

----------------------------

FIFA and MATCH Hospitality extend agreement until 2023
FIFA and MATCH Hospitality today announced... more...

----------------------------



MATCH's main Ticketing objective is to deliver an efficient and service-oriented sales organisation for the implementation of a Ticket sales process that is transparent, fair and equitable

In this regard, MATCH will be responsible for delivering to FIFA a ticketing solution defined by FIFA's Ticketing Policy relating to the FIFA Confederations Cup 2009, 2010 FIFA World Cup™, FIFA Confederations Cup 2013 and 2014 FIFA World Cup™ events, comprising of all ticketing services required for all ticket customers, including ticket ordering, sales, printing, distribution, administration, on-site operations and enforcement of FIFA's Ticket Terms and Conditions.

FIFA will be the principal in the sale of all Tickets for the FIFA Confederations Cup Brazil 2013 and the 2014 FIFA World Cup Brazil™, and MATCH will act as FIFA's agent in the sale of all tickets to all ticket customers. For information related to the sale of FIFA World Cup™ and FIFA Confederations Cup Tickets, please click here.

Website © 2008 MATCH Services. All rights reserved. The MATCH Services name and logo are also trademarks and copyrights of MATCH Services.



Terms of Service | Privacy Policy | Contact Us | Site Map

Accommodation | Ticketing | IT Solutions | Additional Services

**The MATCH Calendar**

JAN 26 — Click here for more information on the events MATCH are involved with.



Click here for the latest FIFA World Cup™ updates at FIFA.com

Click here for the information regarding MATCH Hospitality AG.

Latest News

Home | Services | Calendar | Contact Us | Links | Media Enquiries

MATCH Services AG is the professional services company appointed by FIFA to provide ticketing, accommodation and event information technology services to FIFA for the FIFA Confederations Cup South Africa 2009, 2010 FIFA World Cup South Africa™, the FIFA Confederations Cup 2013 and the 2014 FIFA World Cup™.



### Welcome to MATCH

MATCH (based in Zurich, Switzerland) was formed for the purpose of providing services to FIFA for the aforementioned events through 2014. The founders of MATCH are Byrom plc (based in Manchester, United Kingdom) and Eurotech Global Services (based on Appenzell, Switzerland).

MATCH formed a wholly owned South African subsidiary, MATCH Event Services PTY, to operate local activities in South Africa in connection with the 2010 FIFA World Cup™. MATCH is in the process of establishing a new wholly owned subsidiary in Brazil in support of the 2014 FIFA World Cup™ (collectively all three entities are referred to as 'MATCH').

Website © 2008 MATCH Services. All rights reserved. The MATCH Services name and logo are also trademarks and copyrights of MATCH Services



Terms of Service | Privacy Policy | Contact Us | Site Map

**Accommodation** | **Home** | **Services** | **Calendar** | **Contact Us** | **Links** | **Media Enquiries**
**Ticketing**
**IT Solutions**
**Additional Services**
**The MATCH Calendar**



Click here for more information on the events MATCH are involved with.



Click here for the latest FIFA World Cup™ updates at FIFA.com

**Latest News**

Byrom Group Statement: Byrom Group of Companies are delighted... more...

MATCH Hospitality posts record sales For the 2014 FIFA World Cup™... more...

FIFA and MATCH Hospitality extend agreement until 2023
FIFA and MATCH Hospitality today announced... more...



**Byrom plc**
Please click here to learn more about Byrom plc, an affiliate of MATCH and a service provider to MATCH providing certain ticketing and accommodation services.

**FIFA.com**
Please click here to learn more about world football news through FIFA.



**2014 FIFA World Cup Brazil™**
Please click here to access the FIFA website or directly to the 2014 FIFA World Cup Brazil™ website.



**Soccerex**
The World's leading football business event — taking place in the spiritual home of football, Brazil.



**MATCH Hospitality**
MATCH Hospitality AG (sister company to MATCH Services AG), is the exclusive hospitality rights-holder appointed by FIFA and the only company licensed to sell ticket-inclusive packages for the 2014 FIFA World Cup Brazil™ and FIFA Confederations Cup Brazil 2013. The French Tennis Federation has selected MATCH Hospitality to handle all international sales of their 2012 and 2013 ticket-inclusive hospitality packages.

Website © 2008 MATCH Services. All rights reserved. The MATCH Services name and logo are also trademarks and copyrights of MATCH Services.