# EXHIBIT "4"



**FIFA WORLD CUP**
Brazil

# 2014 FIFA World Cup Brazil™
## Media Information Kit



**3**

2014 FIFA World Cup Brazil™ Media Information Kit



**FIFA WORLD CUP**
Brasil

# Contents

| | | |
|---|---|---|
| **1.** | **Introduction** | 4 |
| **2.** | **General Ticketing Information** | 6 |
| 2.1 | Ticket Sales Structure – Sales Phases | 6 |
| 2.2 | Ticket Prices Categories | 7 |
| 2.3 | Ticket Products | 7 |
| 2.4 | Disabled Access Tickets | 8 |
| 2.5 | Ticket Prices | 8 |
| 2.6 | Residents of Brazil | 11 |
| 2.7 | Customer Services | 11 |
| **3.** | **Ticket Information** | 12 |
| 3.1 | Total Number of Tickets | 12 |
| 3.1.1 | Gross Capacity | 12 |
| 3.1.2 | Seating Capacity | 12 |
| 3.1.3 | Purchasable Tickets | 13 |
| 3.2 | Customer Groups | 13 |
| 3.2.1 | Customer Groups with granted Ticket Purchase Rights | 13 |
| 3.2.2 | Customer Groups with acquired Ticket Purchase Rights | 14 |
| 3.2.3 | General Public Allocations | 14 |
| 3.2.4 | Ticket Inventory Overview | 15 |
| **4.** | **Ticket Application and Purchase** | 16 |
| 4.1 | Sales Phases | 16 |
| 4.2 | Ticket Application Procedures | 18 |
| 4.3 | Provision of Data | 19 |
| 4.4 | Sales Restrictions | 19 |
| 4.5 | Payment Methods | 19 |
| 4.6 | Notification Period | 20 |
| 4.7 | Notification Methods | 20 |
| **5.** | **Ticket Terms and Conditions** | 21 |
| 5.1 | Use of Tickets | 21 |
| 5.2 | Transfer of Tickets | 21 |
| 5.3 | Stadium Rules | 21 |
| 5.4 | Ticketing Sales Regulations | 21 |
| **6.** | **Ticket Programmes** | 22 |
| 6.1 | Participating Members Association | 22 |
| 6.2 | Ticket Fund | 25 |
| 6.3 | Hospitality Programme | 25 |
| **7.** | **Regulations** | 26 |
| 7.1 | Prohibition on Unauthorised Resales and Cooperative Enforcement Activities | 26 |
| **8.** | **Glossary of Key Terms** | 27 |
| **9.** | **General Information on Ticketing** | 27 |
| 9.1 | Customer Services | 27 |
| 9.2 | Media Enquiries | 27 |



**4**

**2014 FIFA World Cup Brazil™ Media Information Kit**



# ① Introduction

The 2014 FIFA World Cup™ will be held from 12 June to 13 July 2014 and will consist of 64 matches to be played across 12 cities. Thirty-two teams will participate, and there will be approximately three million tickets available for purchase for the 64 matches.

The Media Information Kit contains all relevant Ticketing Information for the 2014 FIFA World Cup™

## BODIES AND ENTITIES INVOLVED IN THE TICKETING OPERATIONS



FIFA is determined to ensure that tickets will be accessible to all football fans in Brazil and across the world. Therefore, FIFA has established a special entity, the FIFA Ticketing AG chaired by Julio Grondona, and also created a dedicated Ticketing Sub-Committee, chaired by Horst R. Schmidt, in charge of defining the Ticketing policy and related decisions for the FIFA Confederations Cup 2013 and the 2014 FIFA World Cup™. FIFA Ticketing AG is managed by representatives of the world governing body of association football and members of the international football community as is the Ticketing Sub-Committee which the Chairman of the Local Organising Committee, José Maria Marin is also a member.  The FIFA Ticketing Centre (FTC), operated by MATCH Services AG, is responsible for the delivery of the Ticketing operations based on the FIFA Ticketing Policy.



**6**

2014 FIFA World Cup Brazil™ Media Information Kit

# General Ticketing Information

## 2.1 TICKET SALES STRUCTURE – SALES PHASES

By providing a sales phase structure, FIFA aims to put in place a ticket purchase platform where all customers have a fair and equitable chance of securing tickets. FIFA's official website, www.FIFA.com will be the exclusive online sales channel for all ticket products, complemented by Over the Counter Sales at specific FIFA Venue Ticketing Centres located within the 12 Host Cities during the Last Minute Sales Phase.

The first tickets for the 2014 FIFA World Cup™ will go on sale from 20 August 2013. During Sales Phase 1, fans will be able to request tickets on a Random Selection Draw basis for categories 1-4 from 20 August 2013 until 10 October 2013 and on a First Come First Served basis from 11 November 2013 to 28 November 2013. At this time, fans will be able to buy tickets based on the date and venue of a match, or to follow a team; because it will not have been decided at that point where specific teams will play any given match (with the exception of Brazil as team A1).

During the Random Selection Draw Period, football fans may apply for tickets at any time, it makes no difference as to when the application is made, as all orders will all be processed together. If the number of applications exceeds the number of available tickets for a given match and/or category, then a Random Selection Draw(s) will take place at the end of the RSD period to determine the recipients. Sales Phase 2 will commence two days after the

Final Draw on 8 December 2013 when football fans will know where their respective teams will be playing. The first part of the sales phase will be again a ticket request collection period with orders to be made until 30 January 2014. Random selection draws will take place if applications exceed the number of available tickets for a given match and/or category. First Come First Served tickets will be available from 12 March 2014 to 1 April 2014.

In the Last Minute Sales Phase from 15 April 2014 up until the final Match day of the Competition, Tickets will be available to all customers online and, from the 01 June 2014 up until the final Match day of the competition, tickets will also be available Over the Counter at the designated FIFA Venue Ticketing Centres.  During the Last Minute Sales Phase, Ticket purchases are processed as a real-time transaction to the extent inventory remains available.  Details of the FIFA Venue Ticketing Centres can be found at www.FIFA.com.



| Sales Phase (1) | Sales Phase (2) | Last Minute Sales Phase |
| --- | --- | --- |
| Categories 1-4 | Categories 1-4 | Categories 1-4 |

**Random Selection Draw** (RSD)
20 Aug 2013 - 10 Oct 2013

**First Come First Served** (FCFS)
11 Nov 2013 - 28 Nov 2013

**Random Selection Draw** (RSD)
8 Dec 2013 - 30 Jan 2014

**First Come First Served** (FCFS)
26 Feb 2014 - 1 Apr 2014

**Last Minute Sales** (LMS)
15 Apr 2014 - 13 July 2014

## 2.2 TICKET PRICE CATEGORIES

There will be four (4) Ticket price categories for the 2014 FIFA World Cup™, as per previous events.

· **Category 1** is the highest priced and located in prime areas within the stadium.

· **Categories 2 and 3** are located outside of the Category 1 area.

· **Category 4** is the most affordable and is reserved exclusively for residents of Brazil.

FIFA determines the categorisation of each seat in the stadium on a match-by-match basis. This means that (i) the ticket category may vary from match to match; (ii) all ticket categories may comprise stadium seats of the lower and upper tier, (iii) the ticket categorisation remains unaffected from any conditions on the match day, such as weather conditions; and (iv) ticket category boundaries may vary from match to match. Such differentiation is necessary to secure that the maximum number of tickets can be made available to football fans.



**KEY**

| | |
|---|---|
| ■ Category 1 | ■ Suites |
| ■ Category 2 | ▨ Complimentary, |
| ■ Category 3 |   not for public sale |
| ▩ Category 4 | |

The above stadium configuration is an example of how the different price categories (and other customer groups) may be applied.

## 2.3 TICKET PRODUCTS

There are three types of ticket products available for the 2014 FIFA World Cup™:

· Individual Match Tickets are tickets for a specific match;

· Venue Specific Ticket Series (VST) are ticket strips for a specific venue. Strips include the Group Matches (not including the Opening Match) and any Round of 16 and 3rd / 4th place match, played at the specific venue and;

· Team Specific Ticket Series (TST) are ticket strips to follow the national team of the customer's choice. Depending on which TST is applied for, the TST may include between 3 and 7 matches (TST-3, TST-4, TST-5, TST-6 and TST-7). The TST purchased guarantees the customer Tickets for each round of the tournament that is included in their TST, regardless of whether the Team itself qualifies. The table below illustrates how the Fixed Team Specific Ticket Series principle is implemented.

| TOURNAMENT STAGE | TICKETS RECEIVED PER FIXED TST SERIES | |
|---|---|---|
| | IF YOUR TEAM PARTICIPATES IN THIS TOURNAMENT STAGE | IF YOUR TEAM DOES NOT PROGRESS TO THIS STAGE IN THE TOURNAMENT |
| Group Match | A Ticket for each of your Team's 3 Group Matches (all 32 Teams that qualify for the 2014 FIFA World Cup™ will play their corresponding 3 Group Matches). | |
| Round of 16 Match | Ticket to your team's Round of 16 Match | A Ticket for the Round of 16 Match to follow the winner of your team's Group |
| Quarter-Final Match | Ticket to your team's Quarter-Final Match | A Ticket to the Quarter-Final Match to follow the winner of the previous Match attended |
| Semi-Final Match | Ticket to your team's Semi-Final Match | A Ticket for the Semi-Final Match to follow the winner of previous Match attended |
| The Final | Ticket to the Final | |

# 🌐 General Ticketing Information

## 2.4 DISABLED ACCESS TICKETS (DAT)

For the 2014 FIFA World Cup™, and in accordance with Brazilian regulations, at least 1% of the total quantity of tickets offered for purchase will be made available for disabled customers.

The location of the available seats for disabled customers varies from stadium to stadium.

Disabled customers will have the option of requesting a complimentary Ticket for a companion to assist and accompany them to the Match.

In case of a misrepresentation of the disability by the Ticket Applicant, no ticket order will be accepted by FIFA from such person.

## 2.5 TICKET PRICES

For the 2014 FIFA World Cup™, Tickets will be made available for purchase to residents of Brazil in Brazilian Reals (BRL) and to international customers in US Dollars (USD). The prices in BRL for the 2014 FIFA World Cup™ are based on a fixed exchange rate of R$ 2 BRL to $1 USD. The fixed exchange rate will apply for the duration of the 2014 FIFA World Cup™ sales process regardless of any fluctuations in the value of the two currencies internationally.

### Individual Match Ticket Prices (US Dollars)

| MATCH | CAT 1 | CAT 2 | CAT 3 | DISABLED ACCESS TICKETS |
|---|---|---|---|---|
| Opening Match (No 1) | $495 | $330 | $220 | $220 |
| Group Match (No 2 to 48) | $175 | $135 | $90 | $90 |
| Round of 16 (No 49 to 56) | $220 | $165 | $110 | $110 |
| Quarter-Finals (No 57 to 60) | $330 | $220 | $165 | $165 |
| Semi-Finals (No 61 & 62) | $660 | $440 | $275 | $275 |
| 3rd/4th Place Match (No 63) | $330 | $220 | $165 | $165 |
| The Final (No 64) | $990 | $660 | $440 | $440 |

Disabled Access Ticket holders are entitled to a complimentary Ticket for a companion to assist and accompany them to the Match.

### Individual Match Ticket Prices (Brazilian Reais)

Residents of Brazil will be granted exclusive access to Category 4 Tickets, which will be the most affordable Ticket available for purchase. The exclusive access to this category will ensure that residents of Brazil who may not ordinarily be able to afford a Ticket to a 2014 FIFA World Cup™ match are provided with an opportunity to do so.

| MATCH | CAT 1 | CAT 2 | CAT 3 | CAT 4 | CAT 4 (DISCOUNTED) | DISABLED ACCESS TICKETS |
|---|---|---|---|---|---|---|
| Opening Match (No 1) | R$ 990 | R$ 660 | R$ 440 | R$ 160 | R$ 80 | R$ 440 |
| Group Match (No 2 to 48) | R$ 350 | R$ 270 | R$ 180 | R$ 60 | R$ 30 | R$ 180 |
| Round of 16 (No 49 to 56) | R$ 440 | R$ 330 | R$ 220 | R$ 110 | R$ 55 | R$ 220 |
| Quarter-Finals (No 57 to 60) | R$ 660 | R$ 440 | R$ 330 | R$ 170 | R$ 85 | R$ 330 |
| Semi-Finals (No 61 & 62) | R$ 1,320 | R$ 880 | R$ 550 | R$ 220 | R$ 110 | R$ 550 |
| 3rd/4th Place Match (No 63) | R$ 660 | R$ 440 | R$ 330 | R$ 170 | R$ 85 | R$ 330 |
| The Final (No 64) | R$ 1,980 | R$ 1,320 | R$ 880 | R$ 330 | R$ 165 | R$ 880 |

Disabled Access Ticket holders are entitled to a complimentary Ticket for a companion to assist and accompany them to the Match.

## Team Specific Ticket Series Prices (US Dollars)

| TST SERIES | MAX NO. OF TICKETS | COST PER TST SERIES | | | | NUMBER OF MATCHES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CAT 1 | CAT 2 | CAT 3 | DAT | GM | R16 | QTR | SEMI | FINAL |
| | | $578 | $446 | $297 | $297 | 3 | 0 | 0 | 0 | 0 |
| | | $820 | $627 | $418 | $418 | 3 | 1 | 0 | 0 | 0 |
| | | $1,183 | $869 | $600 | $600 | 3 | 1 | 1 | 0 | 0 |
| | | $1,909 | $1,353 | $902 | $902 | 3 | 1 | 1 | 1 | 0 |
| | | $2,998 | $2,079 | $1,386 | $1,386 | 3 | 1 | 1 | 1 | 1 |

Disabled Access Ticket holders are entitled to a complimentary Ticket for a companion to assist and accompany them to the Match.

## Team Specific Ticket Series Prices (Brazilian Reais)

| TST SERIES | MAX NO. OF TICKETS | COST PER TST SERIES | | | | NUMBER OF MATCHES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CAT 1 | CAT 2 | CAT 3 | DAT | GM | R16 | QTR | SEMI | FINAL |
| | | R$ 1,156 | R$ 892 | R$ 594 | R$ 594 | 3 | 0 | 0 | 0 | 0 |
| | | R$ 1,640 | R$ 1,254 | R$ 836 | R$ 836 | 3 | 1 | 0 | 0 | 0 |
| | | R$ 2,366 | R$ 1,738 | R$ 1,200 | R$ 1,200 | 3 | 1 | 1 | 0 | 0 |
| | | R$ 3,818 | R$ 2,706 | R$ 1,804 | R$ 1,804 | 3 | 1 | 1 | 1 | 0 |
| | | R$ 5,996 | R$ 4,158 | R$ 2,772 | R$ 2,772 | 3 | 1 | 1 | 1 | 1 |

Disabled Access Ticket holders are entitled to a complimentary Ticket for a companion to assist and accompany them to the Match.

## Opening Match Premiums

The Face Price for tickets to the Opening Match for the 2014 FIFA World Cup™, which will include the Opening Ceremony, is higher than the Face Price of tickets for other Group Matches. Therefore, an Opening Match premium will be added to the ticket price should the team of the purchaser's choice be drawn to play in the Opening Match. TST Series purchased for Brazil's matches already include the Opening Match premium as Brazil will compete in the Opening Match. The price list below shows the prices for the TST Series for Brazil and Team A2.

## TST Series for Prices (US Dollars) Brazil and Team A2
(including Opening Match Premium)

| TST SERIES | MAX NO. OF TICKETS | COST PER TST SERIES | | | | NUMBER OF MATCHES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CAT 1 | CAT 2 | CAT 3 | DAT | GM | R16 | QTR | SEMI | FINAL |
| TST-3 | 1 | $930 | $660 | $440 | $440 | 3 | 0 | 0 | 0 | 0 |
| | | $1,172 | $842 | $561 | $561 | 3 | 1 | 0 | 0 | 0 |
| | | $1,535 | $1,084 | $743 | $743 | 3 | 1 | 1 | 0 | 0 |
| | | $2,261 | $1,568 | $1,045 | $1,045 | 3 | 1 | 1 | 1 | 0 |
| | | $3,350 | $2,294 | $1,529 | $1,529 | 3 | 1 | 1 | 1 | 1 |

Disabled Access Ticket holders are entitled to a complimentary Ticket for a companion to assist and accompany them to the Match.

## TST Series for Prices (Brazilian Reais) Brazil and Team A2
(including Opening Match Premium)

| TST SERIES | MAX NO. OF TICKETS | COST PER TST SERIES | | | | NUMBER OF MATCHES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CAT 1 | CAT 2 | CAT 3 | DAT | GM | R16 | QTR | SEMI | FINAL |
| | | R$ 1,860 | R$ 1,320 | R$ 880 | R$ 880 | 3 | 0 | 0 | 0 | 0 |
| | | R$ 2,344 | R$ 1,684 | R$ 1,122 | R$ 1,122 | 3 | 1 | 0 | 0 | 0 |
| | | R$ 3,070 | R$ 2,168 | R$ 1,486 | R$ 1,486 | 3 | 1 | 1 | 0 | 0 |
| | | R$ 4,522 | R$ 3,136 | R$ 2,090 | R$ 2,090 | 3 | 1 | 1 | 1 | 0 |
| TST-7 | 7 | R$ 6,700 | R$ 4,588 | R$ 3,058 | R$ 3,058 | 3 | 1 | 1 | 1 | 1 |

Disabled Access Ticket holders are entitled to a complimentary Ticket for a companion to assist and accompany them to the Match.

# General Ticketing Information

## Venue Specific Ticket Prices (US Dollars)

| VENUE | COST PER VENUE SPECIFIC TICKET | | | | NUMBER OF MATCHES | | |
|---|---|---|---|---|---|---|---|
| | CAT 1 | CAT 2 | CAT 3 | DAT | GM | R16 | 3rd/4th |
| Belo Horizonte | $920 | $705 | $470 | $470 | 4 | 1 | 0 |
| Brasilia | $1,250 | $925 | $635 | $635 | 4 | 1 | 1 |
| Cuiaba | $700 | $540 | $360 | $360 | 4 | 0 | 0 |
| Curitiba | $700 | $540 | $360 | $360 | 4 | 0 | 0 |
| Fortaleza | $920 | $705 | $470 | $470 | 4 | 1 | 0 |
| Manaus | $700 | $540 | $360 | $360 | 4 | 0 | 0 |
| Natal | $700 | $540 | $360 | $360 | 4 | 0 | 0 |
| Porto Alegre | $920 | $705 | $470 | $470 | 4 | 1 | 0 |
| Recife | $920 | $705 | $470 | $470 | 4 | 1 | 0 |
| Rio de Janeiro | $920 | $705 | $470 | $470 | 4 | 1 | 0 |
| Salvador | $920 | $705 | $470 | $470 | 4 | 1 | 0 |
| Sao Paulo | $745 | $570 | $380 | $380 | 3 | 1 | 0 |

Disabled Access Ticket holders are entitled to a complimentary Ticket for a companion to assist and accompany them to the Match.
The VST for Sao Paulo does not include the Opening Match of the 2014 FIFA World Cup™

## Venue Specific Ticket Prices (Brazilian Reais)

| VENUE | COST PER VENUE SPECIFIC TICKET | | | | | | NUMBER OF MATCHES | | |
|---|---|---|---|---|---|---|---|---|---|
| | CAT 1 | CAT 2 | CAT 3 | CAT 4 | CAT 4 (DISCOUNTED) | DAT | GM | R16 | 3rd/4th |
| Belo Horizonte | R$ 1,840 | R$ 1,410 | R$ 940 | R$ 350 | R$ 175 | R$ 940 | 4 | 1 | 0 |
| Brasilia | R$ 2,500 | R$ 1,850 | R$ 1,270 | R$ 520 | R$ 260 | R$ 1,270 | 4 | 1 | 1 |
| Cuiaba | R$ 1,400 | R$ 1,080 | R$ 720 | R$ 240 | R$ 120 | R$ 720 | 4 | 0 | 0 |
| Curitiba | R$ 1,400 | R$ 1,080 | R$ 720 | R$ 240 | R$ 120 | R$ 720 | 4 | 0 | 0 |
| Fortaleza | R$ 1,840 | R$ 1,410 | R$ 940 | R$ 350 | R$ 175 | R$ 940 | 4 | 1 | 0 |
| Manaus | R$ 1,400 | R$ 1,080 | R$ 720 | R$ 240 | R$ 120 | R$ 720 | 4 | 0 | 0 |
| Natal | R$ 1,400 | R$ 1,080 | R$ 720 | R$ 240 | R$ 120 | R$ 720 | 4 | 0 | 0 |
| Porto Alegre | R$ 1,840 | R$ 1,410 | R$ 940 | R$ 350 | R$ 175 | R$ 940 | 4 | 1 | 0 |
| Recife | R$ 1,840 | R$ 1,410 | R$ 940 | R$ 350 | R$ 175 | R$ 940 | 4 | 1 | 0 |
| Rio de Janeiro | R$ 1,840 | R$ 1,410 | R$ 940 | R$ 350 | R$ 175 | R$ 940 | 4 | 1 | 0 |
| Salvador | R$ 1,840 | R$ 1,410 | R$ 940 | R$ 350 | R$ 175 | R$ 940 | 4 | 1 | 0 |
| Sao Paulo | R$ 1,490 | R$ 1,140 | R$ 760 | R$ 290 | R$ 145 | R$ 760 | 3 | 1 | 0 |

Disabled Access Ticket holders are entitled to a complimentary Ticket for a companion to assist and accompany them to the Match.
The VST for Sao Paulo does not include the Opening Match of the 2014 FIFA World Cup™



## 2.6 RESIDENTS OF BRAZIL

In-line with the General World Cup™ Bill / Lei Geral (Law No. 12.663/2012) for the 2014 FIFA World Cup™, and based on the agreement that was reached between FIFA and the Federal Government of Brazil, FIFA will implement specific ticket allocation principles with regard to certain members of the general public.

- Category 4 tickets will be made available to residents of Brazil only (which includes Internationals being resident in Brazil).

- In addition, students, elderly people and bolsa familia members resident in Brazil are entitled to receive a 50% discount for Category 4 tickets and Category 4 VST as well as disabled access tickets.

- Students, Elderly people and Bolsa Familia members will be entered into a priority Random Draw with respect to the first 300,000 Category 4 tickets for the 2014 FIFA World Cup™.

- Furthermore, FIFA will also grant discounts of 50% to Elderly people (aged 60 or older by the day of the Final of the 2014 FIFA World Cup™) who are residents of Brazil and purchasing Categories 1-3 tickets, TST and VST as well as disabled access tickets.

- In case of a misrepresentation of a personal condition by the Ticket Applicant, no ticket order will be accepted by FIFA from such person.

- No other discounts or further preferential rights will be granted to other members of the general public for any Category 1-3 tickets. Individuals who qualify under more than one of the eligibility criteria outlined above will not qualify for multiple discounts on the price of their Tickets.

## 2.7 CUSTOMER SERVICES

The FIFA Ticketing Centre will be available to provide further information and address customer queries through the following contact methods:

### Interactive Voice Response (IVR) Service and Call Centre

This service provides customers with a selection of automated response/information options, including the option to enter their Ticket request ID in order to receive an update on their application status. The IVR service for 2014 FIFA World Cup™ will be available from the start of ticket sales on the 20 August 2013. The telephone numbers for the IVR are as follows:

- Brazil: 0300 021 2014

- International: 0041 (0) 445 831 000

Both numbers contain the option for a customer to transfer the call to a Call Centre Operator.

### Web Contact Form

Customers who visit the 2014 FIFA World Cup™ Ticketing Section of www.FIFA.com/Tickets will be presented with the option of completing and submitting a contact form. Prior to submitting the form, customers will be asked to provide information including name, e-mail address and subject (selected from a drop-down menu) so that the FTC can categorise enquiries and provide responses accurately, and on a timely basis.



# ❸ Ticket Information

## 3.1 TOTAL NUMBER OF TICKETS

The total number of Tickets is based on the capacities of the Stadia chosen for each Match. The total number of Tickets available to purchase is defined as the Purchasable Capacity, which is a proportion of the Seating Capacity which in turn is a proportion of the Gross Capacity as explained in the following sections.

### 3.1.1 Gross Capacity

The Gross Capacity is the total number of seats that exist in the Stadium before any reductions are made due to changes in the stadium (seat kills) such as new camera positions and billboards. The total Gross Capacity for the 2014 FIFA World Cup™ is currently estimated at **3,720,225**. The twelve FIFA World Cup™ Stadia are currently estimated to have Gross Capacities as listed below:

| Stadium | Host City | Gross Capacity* | Seating Capacity* |
|---|---|---|---|
| Estadio Mineirao | Belo Horizonte | 62,780 | 56,091 |
| Estadio Nacional | Brasilia | 72,779 | 65,702 |
| Arena Pantanal | Cuiaba | 44,335 | 39,553 |
| Arena da Baixada | Curitiba | 42,247 | 37,634 |
| Estadio Castelao | Fortaleza | 63,890 | 57,747 |
| Arena Amazonia | Manaus | 44,351 | 39,573 |
| Estadio das Dunas | Natal | 44,070 | 39,305 |
| Estadio Beira-Rio | Porto Alegre | 47,100 | 42,153 |
| Arena Pernambuco | Recife | 45,481 | 40,605 |
| Estadio do Maracana | Rio de Janeiro | 79,185 | 71,159 |
| Arena Fonte Nova | Salvador | 54,907 | 49,280 |
| Arena de Sao Paulo | Sao Paulo | 67,349 | 59,955 |

*Subject to change



## 3.1.2 Seating Capacity

The total Seating Capacity is calculated by deducting the Contingency Reserves (38,090) and Seat Kills (347,611) from the Gross Capacity.

The Seating Capacity of **3,334,524** (89.6% of the Gross Capacity) is comprised of the following:






Purchasable Tickets
89.7% of the seating capacity

VIP Tickets
1.3% of the seating capacity

Complimentary Tickets
6.9% of the seating capacity

Media Tickets
2.1% of the seating capacity

· **2,989,608** Purchasable Tickets, detailed in the following section

**41,900** Complimentary VIP Tickets, which are the current estimate, as the final configuration has yet to be finalised for all 64 Matches. At this stage, this number of Tickets has been reserved for the VIP and VVIP Tribune. The seats within the VIP Tribune are divided equally between FIFA and the Local Organising Committee ("LOC"). VIP guests will be invited directly by FIFA or the LOC prior to the event. These guests include heads of states.

· **231,591** Complimentary tickets, which have been reserved for companions of disabled customers, delegations of the teams playing, Commercial Affiliates, Observers, Medical and Technical staff. This is inclusive of 100,000 Ticket Fund tickets to be allocated between the Brazilian government and Stadium Workers.

**71,425** Complimentary tickets for the media representatives based on current estimates, as the final configuration has yet to be finalised for all 64 Matches. At this stage, this number of Tickets has been reserved to accommodate the TV/ Radio Commentary positions, Media Working positions, Observer seats and Photographer positions



### 3.1.3 Purchasable Tickets

The total number of Purchasable Tickets is calculated by deducting the Complimentary Tickets, VIP and Media Tickets from the Seating Capacity. The total number of Purchasable Tickets is currently estimated at **2,989,608** (80.4% of Gross Capacity).

The Purchasable Tickets are reserved for the General Public and Customer Groups for whom certain Ticket quotas have been allocated.

A number of Customer Groups have been granted the option, or have acquired the option, to purchase Tickets.

These Ticket purchase options are stipulated in the contractual arrangement between FIFA and certain Customer Groups.

## 3.2 CUSTOMER GROUPS

### 3.2.1 Customer Groups with granted Ticket Purchase Rights

The following Customer Groups have been, or will be, granted the option to purchase tickets. Any of these tickets that remain unsold will be added to the General Public allocation listed in section 3.2.3.



- 🔘 FIFA
- 🔘 LOC
- 🔘 PMA Football Community and CBF

**FIFA**
201,541 Purchasable Tickets have been allocated to FIFA and its customer groups, the Non-Participating Member Associations, the Continental Confederations.

**The Local Organising Committee (LOC)**
59,918 (2% of the Purchasable Tickets) have been allocated to the LOC.

**The Participating Member Associations Football Community**
119,742 Purchasable tickets have been allocated for the Football Communities of the Participating Member Associations (PMA). This is inclusive of 30,009 tickets (1% of the Purchasable Tickets) that have been allocated to the Brazilian Football Association (CBF) as the host allocation. The Football Community allocation consists of 700 tickets per PMA per Match for all Matches in which they participate, and are intended to accommodate the PMA officials and guests. The supporters of the PMA's will have access to Tickets through the General Public allocation (please refer to section 3.2.3 for further details).

**14**

### 3.2.2 Customer Groups with acquired Ticket Purchase Rights

A total of 605,191 Purchasable Tickets are allocated for the Commercial Affiliates (CAs). Tickets that remain unsold from all 3 Customer Groups will be added to the General Public allocation listed in section 3.2.3.



Commercial Affiliates

Hospitality Rights Holder

Broadcast Partners

**Commercial Affiliates**
These Commercial Affiliates historically use approximately around 80% of the Tickets they purchase for consumer promotions where the end beneficiary is a member of the general public. The CA's have to indicate by January 2014 how many tickets they will purchase from their ticket rights and any unused inventory will be returned for public sale.

**Hospitality Rights Holder**
445,500 Purchasable Tickets are allocated to the Hospitality Rights Holder. Hospitality Packages are available for purchase by companies, as well as individual members of the general public. Any unused inventory will be returned for public sale.

**Broadcast Partners**
66,273 Purchasable Tickets are allocated to the Broadcast Partners. Any unused inventory will be returned for public sale.

### 3.2.3 General Public Allocations

International & Brazilian General Public  A total of 701,079 Purchasable Tickets have been reserved for the International and Brazilian General Public who can apply on-line through www.FIFA.com/Tickets (English) and www.FIFA.com/ingressos (Portuguese) and a total of 400,000 Purchasable Tickets for the Brazilian General Public. With the exception of Category 4 tickets (which will only be made available to residents of Brazil), all tickets are made available to both the international and Brazilian General Public. Purchasable Tickets reserved for any other Customer Groups which are ultimately not used, will be redistributed for sale through the General Public sales channels.

The initial General Public Allocation consists of: a) the Brazilian and International General Public Allocation, and b) the International PMA Supporters' Allocation:



General Public
(International & Brazilian)

International PMA Supporters

Brazilian PMA Supporters

**International & Brazilian General Public**
A total of 1,101,079 Purchasable Tickets have been reserved for the General Public who can apply on-line through www.FIFA.com/Tickets (English) and www.FIFA.com/ingressos (Portuguese). With the exception of Category 4 tickets (which will only be made available to residents of Brazil), all tickets are made available to both the international and Brazilian General Public. Purchasable Tickets reserved for any other Customer Groups which are ultimately not used, will be redistributed for sale through the General Public sales channels.

**International PMA Supporters' Allocation**
A total of 364,364 Purchasable tickets have been reserved for International PMA Supporters. For further details regarding PMA's, please refer to Section 6.1.

**Brazilian PMA Supporters**
A total of 26,000 Purchasable tickets have been reserved for Brazilian PMA Supporters.

### 3.2.4 Ticket Inventory Overview

The chart below shows the distribution of all 3,334,524 Tickets as specified within the previous sections.



The line indicates the proportion of Tickets that it is anticipated will be utilised by the General Public.



● Hospitality Rights Holder (445,500)

● International & Brazilian General Public (701,079)

● Brazilian General Public (426,000)
General Public Category 4 - 400,000
PMA Supporter Tickets reserved for Brazilians - 26,000

● Ticket Fund (including stadium workers) - 100,000
50,000 gov. + 50,000 stadium workers

● International PMA Supporters Allocation (364,364)
Including the PMA Supporters Allocation
for PMAs other than Brazil

● Commercial Affiliates (605,191)

● Broadcast Partners (66,273)

● Local Organising Committee (59,918)
Including Government

● Non Participating Football Community (201,541)

● PMA Football Community and CBF (119,742)

● VIP Tickets (41,900)

● Complimentary Tickets (131,591)

● MediaTickets (71,425)



# Ticket Application & Purchase

## 4.1 SALES PHASES

Sales for the 2014 FIFA World Cup™ are divided into the following sales phases:

- **Sales Phase 1**
  (Random Selection Draw)
  20 August 2013 to 10 October 2013
  (First Come First Served)
  11 November 2013 to 28 November 2013

- **Sales Phase 2**
  (Random Selection Draw)
  8 December to 30 January 2014
  (First Come First Served)
  12 March 2014 to 1 April 2014

- **Last Minute Sales Phase**
  (First Come First Served)
  15 April 2014 to 13 July 2014

**The Random Selection Draw Sales Periods**

During each of the two Random Selection Draw periods, all valid Ticket applications will have an equal chance of successfully obtaining Tickets. This is regardless of whether the Ticket application was received at the start of the sales period or at the end of the request gathering process. Once the sales period is closed, all Ticket applications for oversubscribed products or matches are put into an electronic Random Selection Draw to ensure that all applicants have an equal chance of success. Prior to the Random Selection Draw, it is necessary for the FIFA Ticketing Centre to review all the applications submitted to check for duplicate and fraudulent applications. Once these applications have been removed, the process will begin.

In order to satisfy the Category 4 requirements specified under the General World Cup™ Bill / Lei Geral (Law No. 12.663/2012), the FIFA Ticketing Centre will conduct a dedicated Random Selection Draw for this category. The first 300,000 Category 4 tickets within the initial Random Selection Draw will only be offered to Elderly people, Students and Bolsa Familia members on a priority basis. In this Category 4 priority draw, FIFA will not grant any tickets to mixed applications (i.e. Elderly, Students and/ or Bolsa Familia members applying with other persons).

**Sales Phase (1)**                                                              **Sales**

| Random Selection Draw 20 Aug - 10 Oct 2013 | FCFS 11 Nov - 28 Nov 2013 | Random Selection Draw 8 Dec 2013 - 30 Jan 2014 |

| August 2013 | September 2013 | October 2013 | November 2013 | December 2013 | January 2014 |



**2014 FIFA World Cup Brazil™**
**Final Draw – 6 December 2013**

**Random Selection Draw Period 1**
**20 August 2013 to 10 October 2013**
This draw period will include all valid applications received from 20 August 2013 to 10 October 2013 (inclusive). For oversubscribed matches, Ticket products and categories shall be entered into Random Selection Draw(s). The Random Selection Draw administration period will take place from the 11 October 2013 to 10 November 2013. Successful, unsuccessful and partially successful customers will be sent a notification of the results of the draw, or will be able to check the status of their account online at www.FIFA.com or through the IVR system. Customers will be notified prior to the start of First Come First Served Process.

**First Come First Served Period 1**
**From 11 November 2013 to 28 November 2013**
During this period, all valid applications are processed according to the order in which they are received and subject to availability.
Customers will receive an e-mail confirming the Tickets that have been purchased. Boleto customers will be sent additional information relating to the Boleto payment process.

The sole exception to this rule will be those instances where an adult applies with students and/or Bolsa Familia members that are minors (under the age of 18). After the first 300,000 Category 4 tickets have been offered to the Elderly, Students and/or Bolsa Familia members in the Random Selection Draw, any remaining Category 4 tickets will be made available through a Random Selection Draw to the public who are resident within Brazil. The Random Selection Draw will be observed by the Ministry of Sports in compliance with the General World Cup™ Bill.

During the administration process, and once the Random Selection Draw has taken place, all Ticket applicants will be contacted and told whether they have been successful, unsuccessful or partially successful in the draw, thereby receiving confirmation of whether they have been allocated tickets or not. Customers will also be able to check the status of their application online using their Ticketing account at FIFA.com.

### First Come First Served Periods

During each of the First Come First Served periods, all valid Ticket applications are processed according to the order in which they are received, and subject to availability. Once the Ticket application has been processed, applicants will receive an e-mail confirming the successful purchase. Boleto customers will be sent additional information relating to the Boleto payment process once the Tickets have been allocated. Boletos are normally issued the day after a successful Ticket transaction. Available Tickets within the First Come First Served periods are normally those Tickets that remain unsold from initial sales phases, or Tickets that have been released for redistribution by other Customer Groups.

### The Last Minute Sales Phase

The Last Minute Sales Phase will commence on 15 April 2014, and run until the end of the event. During the Last Minute Sales Phase, Ticket orders can be made online via www.FIFA.com, from 15 April 2014, and, from 1 June 2014, Over the Counter at the designated FIFA Venue Ticket Centres in each of the Host Cities. Any previously remaining inventory or released Tickets will be made available during this sales phase.



### Random Selection Draw Period 2
**8 December 2013 to 30 January 2014**
This draw period will include all valid applications received from 8 December 2013 to 30 January 2014 (inclusive). For oversubscribed matches, Ticket products or categories shall be entered into Random Selection Draw(s). The Random Selection Draw administration period will take place from the 31 January 2014 to 11 March 2014. Successful, unsuccessful and partially successful customers will be sent a a notification of the results of the draw, or will be able to check the status of their account online at www.FIFA.com or through the IVR system. Customers will be notified prior to the start of First Come First Served Process.

### First Come First Served Period 2
**From 12 March 2014 to 1 April 2014**
During this period, all valid applications are processed according to the order in which they are received and subject to availability.
Customers will receive an e-mail confirming the Tickets that have been purchased. Boleto customers will be sent additional information relating to the Boleto payment process.

### Last Minute Sales Phase
**From 15 April 2014 to 13 July 2014**
During this period, all Tickets will be purchased in real time and on a First Come First Served basis via the website www.FIFA.com. Over the Counter sales at Ticketing locations across Brazil will start on 1 June 2014, subject to availability.

# Ticket Application & Purchase

## 4.2 TICKET APPLICATION PROCEDURES

The exclusive online ticketing sales channel for the general public is the official website www.FIFA.com.  During the Last Minute Sales Phase, fans will also be able to buy tickets both with cash and payment cards Over the Counter at FIFA Venue Ticketing Centres, established in each host city within Brazil.  Over the Counter sales will be available from 1 June 2014.



Visit www.FIFA.com



Create an account within the 2014 FIFA World Cup™ Ticketing section of the website



Choose to apply for either Venue Series Tickets, Individual Match Tickets, or Team Specific Tickets



Choose from the available Matches/Venue Series/ Team Specific Ticketing Product and the number of Tickets per price category in each case



Register the details of the attendees for the Tickets that are being applied for



Enter payment details using a Payment Card. For Brazilian residents there is also the option to pay via Boleto



Submit the application

Depending on the sales phase in which the application is submitted, it will either be treated on a First Come First Served basis or registered for a Random Selection Draw process, as at previous FIFA World Cup™ events.

More information on these processes can be found in section 4.1, 'Sales Phases'. Once a customer's application has been processed, payment will be processed automatically from their nominated payment card, or a Boleto will be issued for payment. In both cases, the customer will be advised via email or SMS of their application status. For customers who have chosen to collect their tickets, subject to full payment and proof of their identity, they will be able to collect their Tickets from an official FIFA Venue Ticketing Centre from April 2014 onwards. For customers who have chosen and paid for delivery, Tickets will be delivered 6-8 weeks prior to the start of the tournament.

Please note that during the Last Minute Sales Phase, which begins on 15 April 2014, customers will be unable to pay by Boleto.

## 4.3 PROVISION OF DATA

Data collected from ticket applicants and all guests (international or Brazilian) who apply to purchase tickets will include:

· Title

· First Name

· Middle Name

· Full surname including Mothers maiden name for Brazilians (as on ID)

· Date of Birth

· Nationality

· ID

   Passport or ID Number for international fans

   Cadastro de pessoas fisicas (CPF) and/or Registro Geral (RG) for Brazilian residents

· Country of Residence

In addition, the ticket applicant will need to provide the following contact details:

   Home address

   Código de Endereçamento Postal (CEP) for Brazilian Residents, ZIP code for international fans

   Email address (not mandatory)

   Mobile phone number

## 4.4 SALES RESTRICTIONS

The maximum number of Tickets that a ticket applicant can apply for is four (4) tickets per match, and must be of the same category for each match. The Ticket applicant may apply for up to 7 matches; however, applicants are unable to apply for Tickets to 2 matches that take place on the same day. Ticket applicants have the ability to apply for individual Match Tickets, VST's and TST's but must still abide by the sales restrictions.

A ticket must be purchased for each person who wishes to attend a match, regardless of age. Individuals accompanied by children or adolescents must bring the necessary authorisation from the minors' parents or legal guardians.

## 4.5 PAYMENT METHODS

For Residents of Brazil, it will be possible to purchase Tickets via the following payment mechanisms:

· VISA **VISA** Brasil

   WORLDWIDE PARTNER

   FIFA World Cup™ Prefers Visa

· Other accepted payment cards

· Boleto

   This will be available for customers that apply for Tickets via the internet at www.FIFA.com

   Please note that during the Last Minute Sales Phase, which begins on 15 April 2014, customers will be unable to pay by Boleto.

For International Customers, it will be possible to purchase Tickets via the following payment mechanisms:

· VISA **VISA** Brasil

   WORLDWIDE PARTNER

   FIFA World Cup™ Prefers Visa

· Other accepted payment cards

· Bank Wire transfer

   Bank Wire Transfers will only be accepted for international customers that apply for Tickets via the hard copy Ticket Application Form, downloadable from the Ticketing section on www.FIFA.com.

During the Last Minute Sales Phase, at Over the Counter locations in Brazil, cash (Brazilian Reals) will be accepted for both Brazilian and International Customers.

# Ticket Application & Purchase

## 4.6 NOTIFICATION PERIOD

All successful, partially successful and unsuccessful Ticket applications will be sent a notification confirming the outcome of their ticket application, or can always check the status of their account online at www.FIFA.com, or through the IVR system.

| Sales Phase | Notification Period |
| --- | --- |
| Sales Phase 1 - Random Selection Draw Period | Before 11 November 2013 |
| Sales Phase 1 - First Come First Served Period | Immediate Notification |
| Sales Phase 2 - Random Selection Draw Period | Before 12 March 2014 |
| Sales Phase 2 – First Come First Served Period | Immediate Notification |
| Last Minute Sales Phase | Immediate Notification |

## 4.7 NOTIFICATION METHODS

All successful and partially successful Ticket applicants, who apply for Tickets via the internet at www.FIFA.com, will receive a confirmation message by email, or SMS if an email address is not available, advising them of the Tickets that they have been successfully awarded.

All unsuccessful Ticket applicants applying online will also receive a message by email, or SMS, advising that they have been unsuccessful in their Ticket application. Applicants can also check the status of their account at any time by checking online at www.FIFA.com or through the IVR system. With respect to customers in Brazil who elect to transact via Boleto, the customer will be issued a Boleto for the total amount of Tickets that have been awarded and full payment will need to be made prior to the specified expiry date. If payment is not made prior to the expiry date, the order will be cancelled, therefore applicants paying by Boleto should be encouraged to confirm that they have received and paid for their Boleto, and to check the status of their account online at www.FIFA.com, or through the IVR system, or to contact the FTC if they have any questions.



# 6 Ticket Programmes

## 6.1 PARTICIPATING MEMBERS ASSOCIATION

After the success of FIFA's Ticket sales distribution strategy that was implemented for the 2010 FIFA World Cup™, the Participating Member Associations (PMAs') Ticketing Programme for the 2014 FIFA World Cup™ will follow the same principles.

FIFA has allocated to the PMAs the following Ticket Allocations:

- Football Community Ticket allocation
- PMA Supporters allocation (including Ticket Allocation Groups)

The FIFA Ticketing Office "(FTO)" will manage the entire Ticket sales and distribution process for the PMAs and its Supporters, including Ticket application, confirmation, payment and delivery. For the 2014 FIFA World Cup™, a total of 509,000 Purchasable Tickets have been reserved for the PMA Football Community and the PMA Supporters.

## Football Community Allocation

The tickets for the PMA Football Community will not be managed through the new ticket sales and distribution system, thus allowing each PMA to determine the allocation and distribution arrangements of these tickets to its officials and guests. Each PMA is entitled to receive, per match played by its national team, up to 700 Football Community (500 Tickets in Category 1, 100 tickets in Category 2 and 100 tickets in Category 3).

## PMA Supporters and TAGs Ticket Allocation

The ticket sales and distribution system to PMA Supporters will be based on the provision of a standard model Ticketing website branded according to the corporate image of each of the 32 PMAs.

The number of tickets that will be offered to each PMA's Supporters for its 3 Group Matches is eight per cent (8%), minus 700 for the Football Community, of the purchasable quota in the respective stadiums where their matches will be played. The PMA ticket quota will be split between Categories 1, 2, 3 and wheelchairs. (Brazilian supporters will also have access to mobility impaired and obese seats).



The supply of Second Round Tickets from the PMA ticket quota is conditional upon participation by the PMA at each of the applicable Second Round Matches. PMAs are offered a fixed number of tickets which represent eight percent (8%) of the average number of Purchasable Tickets for all of the stadiums involved at each stage of the Second Round. . The fixed number of Purchasable tickets, reserved for the PMA and inclusive of the 700 for the Football Community for each stage are:

- Round of 16 (i.e. Match 49 to 56) – 4,000 Tickets
- Quarter Final (i.e. Match 57 to 60) – 4,400 Tickets
- Semi Final (i.e. Match 61 and 62) – 4,000 Tickets
- 3rd / 4th Place Match (i.e. Match 63) – 4,900 Tickets
- Final (i.e. Match 64) – 4,900 Tickets

Ticket Applicants will qualify as a PMA Supporter if they satisfy the requirements established by a PMA for qualification as a PMA Supporter; which must include at least one of the following criteria:

- If they have the nationality of the respective country of the PMA

- If they are resident of the respective country of the PMA

- If they are a member of the official PMA Supporters' club or a member of a ticket allocation group designated by the PMA and approved by FIFA.

Football fans who qualify as PMA Supporters will have the ability to access those tickets that have been made available to their PMA by FIFA (or will be able to access the general public ticket allocation). The FTO will work closely with those PMAs that have a Supporters' Club, and/or fidelity programme, in order to ensure that PMA Supporters will be awarded tickets in accordance with FIFA's Ticketing Policy, and the existing membership rules that apply for each of the PMA Supporters' Clubs.

Tickets will become available for the PMA Supporters on 8 December 2013 two days after the 2014 FIFA World Cup™ Final Draw.

## PMA Supporters Ticket Product & Prices
The PMAs and their Supporters will have access to the following two kinds of Ticket Products:

- Fixed Team Specific Tickets: Team Specific Tickets are tickets available for the 3 Group Matches played by the PMA (i.e. 3 matches between matches 1 and 48).
- Conditional Team Specific Tickets: These are tickets available for the 4 knockout stage matches (one Round of 16, one Quarter-Final, one Semi-

Final and, depending which match the national team plays, the 3rd Place Match or the Final) that could potentially be played by the PMA (i.e. 4 matches between matches 49 and 64).

- Confirmation and Payment- All successful PMA Supporters will be notified of the outcome of the Random Selection Draw in mid-February. Payment will be taken pursuant to the applicable Ticket Sales Regulations.

All Conditional Team Specific Tickets are conditional upon the PMA qualifying and progressing throughout the event. When a PMA is eliminated, the PMA Supporter will be refunded for any Second Round Match ticket purchased and not played by the PMA due to elimination, minus a small handling charge deducted by FIFA equivalent to US$10 per customer/guest (up to a maximum of $40 per order), equivalent to BR$20 (up to a maximum of BR$80 per order), regardless of the number of Second Round Matches the PMA Supporter may have covered through their request.

## Conditional Team Specific Tickets
(Prices in US Dollars)

| MATCH | CAT 1 | CAT 2 | CAT 3 | DAT |
|---|---|---|---|---|
| Opening Match (No. 1) | $495 | $330 | $220 | $220 |
| Group Matches | $175 | $135 | $90 | $90 |
| Round of 16 (No. 49 to 56) | $242 | $182 | $121 | $121 |
| Quarter-Finals (No. 57 to 60) | $363 | $242 | $182 | $182 |
| Semi-Finals (No. 61 & 62) | $726 | $484 | $303 | $303 |
| 3rd / 4th Place Match (No. 63) | $363 | $242 | $182 | $182 |
| The Final (No. 64) | $1,089 | $726 | $484 | $484 |

## Ticket Allocation Groups (TAGs)
Tickets from within the PMA Supporters Ticket Allocation can be provided by FIFA to various groups identified by each respective PMA as priority groups. A group will qualify as a PMA Ticket Allocation Group if it satisfies ALL of the following criteria:

- The individuals within the Group must be identifiable

- The group must be a Football related entity

- The group cannot be a commercial or corporate entity

- The individuals within the group agree to be bound by the household restrictions

- The group must be validated by FIFA

Once the respective PMA has provided the details of each of the PMA Ticket Allocation Groups to the FTO, their acceptance as a PMA Allocation Group will then be subject to FIFA validation.

### 6.2 TICKET FUND

The Ticket Fund, first introduced for the 2010 FIFA World Cup South Africa™ and again for the 2014 FIFA World Cup™, will consist of category 4 tickets that will be distributed exclusively to residents of Brazil on a complimentary basis. The Ticket Fund project forms part of FIFA's social responsibility initiative.

As part of the overall ticketing operations, a significant number of Category 4 tickets will be allocated by FIFA to the Ticket Fund project. The Ticket Fund will consist of a certain number of tickets for all matches, from the Opening Match to the Final.

The Ticket Fund is an initiative by FIFA to provide an opportunity to enable people to experience the FIFA World Cup™ that may otherwise be unable to do so through various special initiatives.

### 6.3 HOSPITALITY PROGRAMME

The exclusive hospitality designed for the 2014 FIFA World Cup™ will give customers from every corner of the globe an experience which combines superb hospitality and international top-flight football in Brazil and its iconic host cities.

The FIFA Hospitality Programme offers clients premium tickets bundled together with a wide range of services such as access to hospitality facilities at the stadiums (including private suites and lounges, and marquee tents), gourmet catering, preferential parking, entertainment and gifts.

MATCH Hospitality, appointed by FIFA as the worldwide exclusive rights holder of the FIFA Hospitality Programme, provides a select variety of hospitality products meticulously designed to offer a choice of bespoke experiences at the biggest sporting show in the world.

There are three Categories: Luxury, Business and Leisure which include a total of five products. Each product offers distinct characteristics to meet personal preferences, business needs and budget.

MATCH Hospitality has created a global network of Sales Agents, each appointed in a specific territory (or territories), to market and sell the FIFA Hospitality Programme on its behalf. Contact details of the respective agents and comprehensive information on the various products are available in the Hospitality section on FIFA.com at www.FIFA.com/hospitality.

Please note that MATCH Hospitality is authorised to sell ticket-inclusive hospitality packages and only FIFA's commercial affiliates are authorised to conduct any ticketing promotions. For a full list of companies authorised to conduct prize competitions and other promotional activities in which fans have the chance to receive a ticket, please check the "Marketing-Affiliates" on FIFA.com at www.fifa.com/worldcup/organisation/partners/





## ❼ Regulations

### 7.1 PROHIBITION ON UNAUTHORISED RESALES AND COOPERATIVE ENFORCEMENT ACTIVITIES

According to the legal framework in Brazil, the resale of sporting event tickets, at a price superior to the one indicated on the ticket, is prohibited by article 41-F of Law No. 10,671/2003 (the "Fan Statute"). Article 41-G of the Fan Statute considers it a crime to supply, deviate or facilitate the distribution of tickets for sale at a price superior to the one indicated on the ticket. In addition, according to article 16 of the FIFA World Cup™ General Law", anyone who sells, offers, exposes for sale, negotiates, deviates or transfers tickets to the 2014 FIFA World Cup Brazil™ or uses tickets to the 2014 FIFA World Cup Brazil™ for advertising, sales or promotional purposes, as competition or sweepstakes prizes or uses the ticket availability for advertisement for these purposes is subject to civil sanctions and criminal penalties.

In addition, Section 4.1 of the General Terms and Conditions Relating to Tickets states: **"TICKET HOLDERS MAY NOT SELL, OFFER FOR SALE, OFFER AT AUCTIONS, RESELL, DONATE, ACT AS COMMERCIAL AGENT FOR ANOTHER PARTY OR OTHERWISE TRANSFER THEIR TICKETS IN ANY WAY WITHOUT THE SPECIFIC PRIOR WRITTEN CONSENT OF FIFA."**

FIFA will cooperate with Brazilian and other governmental authorities to combat the dangers to consumers that arise out of the unauthorised sales of tickets to the 2014 FIFA World Cup Brazil™, and FIFA encourages consumers to report the unauthorized resellers to their local police and/or consumer protection authorities, as well as to FIFA. FIFA has appointed MATCH Services as its agent to manage its ticketing enforcement efforts. Working together with the appropriate Brazilian and other governmental authorities and MATCH Services, FIFA seeks to minimise the following types of harm to consumers:

· Consumers paying significantly higher than the official prices for tickets

· Fraud

· Non-delivery

· Mis-description

The purposes for the rule limiting any Ticket transfers include: (i) event security, (ii) consumer protection and (iii) economic fairness as described in greater detail on www.FIFA.com.

These types of consumer harms are exacerbated by the significant number of unauthorised resellers who transact online. For some fans, who are truly passionate and determined to buy tickets, the lure of colourful, well-designed websites, developed by companies that are: (a) in the business of reselling tickets to other events (which they may have the legal right to resell), (b) offer refunds if they fail to deliver tickets, and (c) seem to have legitimate businesses, is just too hard to resist.

All Tickets available for the purchase by the general public are exclusively available on www.FIFA.com/tickets.

FIFA recognizes that Ticket Purchasers and their guests' circumstances may change over time. Therefore, FIFA has an official Ticket Transfer and Resale platform online through www.FIFA.com/tickets which will be available from May 2014. The Ticket Transfer element of the platform allows Ticket Purchasers to submit changes regarding the identities of their guests, in order to provide accurate data regarding substitute guests, from one of his/her original guests (whose details are held by the FTC pursuant to the original ticket application of the Ticket Purchaser) to another individual guest nominated by the Ticket Purchaser subsequent to the receipt of a Ticket Confirmation issued by FIFA. Any such guest must have a pre-existing relationship with the Ticket Purchase. The Ticket Resale element of the platform allows Ticket Purchasers to seek the potential resale of their tickets through www.FIFA.com. There is no guarantee that a Ticket submitted for resale will actually be resold. But if it is, the transaction will allow the Ticket to be legitimately acquired by a new Ticket Purchaser for the official price, and the original Ticket Purchaser will receive the amount originally paid by him or her (less a refund handling fee). The refund fee is 10% of the price printed on the Face of a Ticket (Face Price), or the concessionary price paid by the Ticket Purchaser, if applicable, rounded up to the nearest dollar for each Ticket identified in the Ticket Resale Request that is actually resold, and less any bank charges if any payment has to be made to the Ticket Purchaser by bank transfer.

#  Glossary of Key Terms

**Brazilian General Public**
"Brazilian" means (i) for Cat 4 "residents of Brazil (which includes internationals being resident in Brazil) and (ii) for the PMA allocation "residents of Brazil" as well as Brazilian citizens living abroad as well as fan club members

**CEP - Códigos de Endereçamento Postal**
Refers to a person's post code / zip code in Brazil

**CPF - Cadastro de Pessoas Físicas**
Refers to a person's number on the Natural Persons Register, whereby the generated number is attributed by the Brazilian revenue Agency for Brazilians and residents who pay taxes

**FIFA Ticketing AG**
Refers to the entity responsible for the effective implementation of all Ticketing Policies and directives from the Organising Committee for the FIFA Confederations Cup and the FIFA World Cup™ and FIFA Ticketing Sub-Committee in relation to the Competitions

**FTC - FIFA Ticketing Centre**
Refers to the entity operated by MATCH Services AG and responsible for handling the ticketing requirements of the Brazilian and International General Public

**FTO - FIFA Ticketing Office**
Refers to the entity operated by MATCH Services AG and responsible for handling the ticketing requirements of the FIFA and LOC Ticketing Constituent Groups

**FIFA Ticketing Brazil
(2014 FWC Venda de Ingressos Ltda)**
Refers to a subsidiary of FIFA Ticketing AG, which is, itself, a subsidiary of Fédération Internationale de Football Association (collectively, "FIFA").

**FVTC - FIFA Venue Ticketing Centre**
Refers to the Ticketing Centres that will be available in each of the 12 host cities

**IVR - Interactive Voice Response Service**
Refers to an automated response / information service that allows customers to contact to receive an update on their application status

**PMA - Participating Member Associations**
Refers to the 32 FIFA Member Associations taking part in the Competition

**RG - Registro Geral**
Refers to Brazilian residents identification number

**DAT - Disabled Access Tickets**
Refers to tickets for Customers that have special requirements, with particular reference to Disabilities

**TST - Team Specific Ticket Series**
Refers to strips of tickets to attend matches played by a certain team

**VST - Venue Specific Ticket Series**
Refers to strips of tickets to attend specific matches within a venue (for more details refer to the table on page 10

# ⑨ General Information on Ticketing

## 9.1 CUSTOMER SERVICES
For more information, customers can contact the FIFA Ticketing Centre as per section 2.7 within this brochure.

## 9.2 MEDIA ENQUIRIES
For any media queries, please contact FIFA by the following methods:

**FIFA Media Department**
Enquiries: mediabrazil@fifa.org
Tel:         0800 030 2014 (Domestic)
             +55 800 0302014 (International)
Internet:   www.FIFA.com
Twitter:    @fifamedia
YouTube/FIFAtv





**2014 FIFA WORLD CUP BRAZIL™**

**FIFA PARTNERS**

     

**FIFA WORLD CUP SPONSORS**

       

