# EXHIBIT "5"





HOSPITALITY

P: +41 44 583 1461
F: +41 44 380 3169
E: sales@match-hospitality.com

MATCH Hospitality AG
Zollikerstrasse 141, 8008
Zürich, Switzerland

Mrs. Vicky Palivos
2920 Carmelo Drive
Henderson
89052
UNITED STATES

## PROPOSAL

| | | |
|---|---|---|
| Account Number | 006320 | |
| Proposal Number | 103902 | Zurich, 04/02/2014 |

Dear Mrs. Palivos

Thank you for your interest in the Official Hospitality Programme of the 2014 FIFA World Cup Brazil™.

This Proposal, based on your Request Form, consists of Hospitality Packages specified in the Product Description and shall be reserved for your exclusive benefit for ten (10) working days from the Date of Issue of this Proposal. We therefore kindly ask you to carefully review the information contained therein to ensure its accuracy.

If you agree with the contents of this Proposal and decide to proceed with the purchase of the specified Hospitality Packages, please sign this Proposal and send the signed original within ten (10) working days from the Date of Issue · by fax to MATCH Hospitality AG, using the following number: +41 44 380 3169, or email a scanned copy to sales@match-hospitality.com. You are advised that by doing so, you will have made a commitment to enter into a binding contract to acquire the Hospitality Packages identified in this Proposal. If MATCH Hospitality does not receive a signed copy of the Proposal within ten (10) working days from the Date of Issue, it reserves the right to release without notice the reserved Hospitality Packages for general sales.

Sales are confirmed when MATCH Hospitality countersigns the Proposal and returns a copy to you.

| No | Hospitality Series | Quantity | Sales Price (US$) | Total Price (US$) |
|---|---|---|---|---|
| 1 | Single Match Package – M05 (Group Match – Belo Horizonte) – MATCH Premier | 2 | 700.00 | 1'400.00 |
| 2 | Single Match Package – M11 (1st Round – Rio de Janeiro) – MATCH Club | 2 | 1'150.00 | 2'300.00 |
| 3 | Single Match Package – M19 (1st Round – Rio de Janeiro) – MATCH Premier | 2 | 700.00 | 1'400.00 |
| | Total (US$) | | | 5'100.00 |

All applicable taxes included

# Edit My Profile

oropos
Vicky Palivos

Connect

Overview   Comments   Rules   Preferences

Edit My Profile   Log out

## My Information

EMAIL
vicky.palivos@gmail.com
Change email

PASSWORD
**************
Change password

FIRST NAME
Vicky

LAST NAME
Palivos

PREFERRED LANGUAGE
English ⌄

COUNTRY OF RESIDENCE
USA ⌄

DATE OF BIRTH
11 August 1969

GENDER
Female ⌄

## My FIFA Avatar

Become more than just a clever username. Put a face
to your FIFA profile. Throw on your favourite team
jersey, add some eyeballs, smiles & accessories.

Design my avatar >

## Get the FIFA.com Newsletter now!

Get the FIFA.com Newsletter now! Receive exclusive
information on the hottest topics in the world of football
on a weekly basis. This includes first-hand news from
FIFA's worldwide editorial network and exclusive
interviews with the game's most famous stars, now
also available in video format.

Please sign me up to receive the FIFA.com
Newsletter and Club announcements.
Please sign me up to receive the Official FIFA
Online Store Newsletter.

Save

## Social connections

☐ Link to Facebook          Link to Twitter          Link to Google+

## Cancel Membership

You can cancel your FIFA.com account permanently
by clicking on the following button. By cancelling your
account, all your activity on FIFA.com will be deleted.

Cancel Membership >



Vicky Palivos <vicky.palivos@gmail.com>

## Fwd: Delivery Status Notification (Failure)

**Phillip Berredo <felipeb@cartan.com>**
To: Vicky Palivos <vicky.palivos@gmail.com>

Wed, Feb 5, 2014 at 3:55 PM

I apologize Vicky, there you go. Thanks for pointing that out.

> On Wed, Feb 5, 2014 at 3:47 PM, Vicky Palivos <vicky.palivos@gmail.com> wrote:
> Hi, Phillip. Thank you but I think you forgot to include the quote?
>
>> On Wed, Feb 5, 2014 at 3:31 PM, Phillip Berredo <felipeb@cartan.com> wrote:
>> Hi Vicki, thanks for the call this afternoon. I look forward to helping you
>> plan your trip to Rio this summer.
>>
>> I have put together a quote based on our conversation. For the Colombia vs.
>> Greece match in Belo Horizonte, I included MATCH Premier tickets instead of
>> Club or Pavilion because they are the least expensive ($700)
>>
>> Also, we only have availability in Ipanema or Leblon for the week of the
>> 12th, so I did not include the other options I mentioned on the phone.
>>
>> Finally, I did not include the round-trip transportation package to Belo
>> Horizonte, but if you would like to add that option, it is an additional
>> $1,300 per person for hotel pick up/drop off, airport pick up/drop off,
>> stadium pick up/drop off, and round-trip airfare,
>>
>> Please let me know if you have any other questions.
>>
>>
>> Best regards,
>> —
>> Phillip Berredo
>> Strategic Sales Manager | Cartan Global | www.cartanglobal.com
>> 1334 Parkview Ave. Suite 300 | Manhattan Beach, CA 90266 USA
>> P: +1.310.546.9662 ext 118 | F: +1.310.546.8433| E: felipeb@cartan.com





CARTAN is appointed as Exclusive Sales Agent of MATCH Hospitality in Cayman Islands, El Salvador, Honduras, Jamaica and Trinidad & Tobago for the sale of the 2014 FIFA World Cup™ OFFICIAL HOSPITALITY PROGRAMME.

CARTAN is an Authorized Sales Agent of MATCH Hospitality in Argentina, Paraguay and Uruguay for the sale of the OFFICIAL HOSPITALITY PROGRAMME for the 2014 FIFA World Cup.

CARTAN is an authorized sub agent of SPORTSMARK in the USA. SPORTSMARK is appointed as Exclusive Sales Agent of MATCH Hospitality in the USA for the sale of the 2014 FIFA World Cup™OFFICIAL HOSPITALITY PROGRAMME.

This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please immediately notify us by e-mail to info@cartanglobal.com

—

"A warm smile is the universal language of kindness"

William Arthur Ward

**Vicky Palivos, CNS**
**Broker-Salesperson**
**Platinum Real Estate Professionals**
**2298 Horizon Ridge Pkwy, Suite 214 Henderson, Nevada 89052**
Cell: (224) 875-8356
Office: (702) 616-9400
**Coldwell Banker Residential Brokerage of Illinois**
Email: vicky.palivos@gmail.com
web: www.vickypalivos.com

—

Phillip Berredo
Strategic Sales Manager | Cartan Global | www.cartanglobal.com
1334 Parkview Ave. Suite 300 | Manhattan Beach, CA 90266 USA
P: +1.310.546.9662 ext 118 | F: +1.310.546.8433| E: felipeb@cartan.com





CARTAN is appointed as Exclusive Sales Agent of MATCH Hospitality in Cayman Islands, El Salvador, Honduras, Jamaica and Trinidad & Tobago for the sale of the 2014 FIFA World Cup™ OFFICIAL HOSPITALITY PROGRAMME.

CARTAN is an Authorized Sales Agent of MATCH Hospitality in Argentina, Paraguay and Uruguay for the sale of the OFFICIAL HOSPITALITY PROGRAMME for the 2014 FIFA World Cup.

CARTAN is an authorized sub agent of SPORTSMARK in the USA. SPORTSMARK is appointed as Exclusive Sales Agent of MATCH Hospitality in the USA for the sale of the 2014 FIFA World Cup™OFFICIAL HOSPITALITY PROGRAMME.

This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please immediately notify us by e-mail to info@cartanglobal.com

**RIO 7 Nights_Palivos.pdf**
70K