# EXHIBIT "6"

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

## General Event Information

**Where and when is the 2014 FIFA World Cup™ being held?**
The 2014 FIFA World Cup™ will take place in Brazil from 12th June to 13th July 2014. There are 12 FIFA World Cup™ venues. For further information please click on the link below:
http://pt.fifa.com/worldcup/destination/index.html

**Which teams are taking part?**
There will be a total of 32 national teams participating in the 2014 FIFA World Cup™ including Brazil (the host nation). The remaining 31 teams are determined based on their success in qualifying matches taking place around the world throughout 2013.

**What is the Match schedule?**
The Match Schedule is the schedule according to which all Matches of the Competition will be played. Please note that the match schedule may be modified from time to time, should this happen the updated information will be reflected on the website. Please click on the link below to connect you to the official Match Schedule:
http://www.fifa.com/worldcup/matches/index.html

## General Ticketing Information

**What is the official sales outlet established by FIFA for the Sale of Tickets?**
All Tickets available for the purchase by the general public are available on www.fifa.com/tickets.
For those individuals who do not wish to transact online, the Ticket Application Forms are available in a downloadable PDF version via the ticketing webpage of www.fifa.com/tickets.
Within FIFA.com, in addition to the different types of Tickets available, it is also possible to purchase Match-ticket inclusive official hospitality packages.

**Where else can I get Tickets? I have found a website offering Tickets for the 2014 FIFA World Cup Brazil™. How do I know it is a legitimate sales channel?**
No other websites or parties have any rights to legitimately sell Tickets for the Competition. If you see any other website offering Tickets for the Competition you can be certain that this is not a legitimate sales channel. Please note that any Tickets obtained from any other source (for example, unauthorised intermediaries such as ticket brokers, internet auctions, internet ticket agents, internet or other unofficial ticket exchange platforms) will be automatically rendered void and invalid and do not entitle the Ticket Holder to enter the Stadium or to any refund or further compensation. Upon request from FIFA, Ticket Holders must explain how, from whom, for what consideration and from where they obtained their Tickets.

**What is the FIFA Ticketing Centre?**
The FIFA Ticketing Centre ("**FTC**"), a trading name of MATCH Services AG and its Brazilian subsidiary MATCH Eventos de Serviços Ltda., has been appointed as the official agent and service provider for the sale of tickets to the 2014 FIFA World Cup™.

## Ticket Application

**How do I apply for the purchase of Tickets online?**
Visit 2014 FIFA World Cup™ ticketing website at www.fifa.com/tickets. In order to apply online you first need to open an account at www.fifa.com/tickets. You will be given the option to become a member of the FIFA.com Club, but please note that this is not required in order to apply for Tickets. Once this has been completed you will have the ability to apply for Tickets via

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

www.fifa.com/tickets. To apply for Tickets, please refer to the "Apply for Tickets" menu item on www.fifa.com/tickets

**Is it possible to cancel or change my Ticket Application?**

During the Random Selection Draw Sales Phases in Sales Phases (1) and (2), the Ticket Application may be changed or cancelled by the Ticket Applicant after submission until the applicable sales period closing dates (please see section "Sales Phases"). If you applied online, please log into your FIFA.com account. Upon entering the site you will be presented with a summary of your Ticket request(s) (within the "Previous Requests" section) together with the functionality to edit your request(s).

During the First Come First Served Sales Phases in Sales Phases (1) and (2) and during the Last Minute Sales Period, it will not be possible to cancel or change Ticket Applications after they are submitted, as these transactions are concluded immediately if the requested Tickets are available.

**What happens if my Ticket Application Form is inaccurate, late, incomplete or damaged?**

If your Ticket Application Form is inaccurate, late, incomplete or damaged your application will be rejected. If FIFA detects this after a Ticket Confirmation has been provided, FIFA may terminate the purchase and cancel the Tickets allocated. Therefore, please ensure you have filled in your Ticket Application Form as carefully as possible.

Please note, the misrepresentation of the fulfilment of a personal condition (please refer to sections "Disabled Access Tickets" and "Ticket Concessions and Priority Access to Tickets") required for the purchase or use of a Ticket by you or any of your guests represents a material breach and FIFA may cancel any Tickets reflected in the relevant Ticket Confirmation.

Should FIFA detect, even after the purchase confirmation, any breach or circumvention of the Ticket Sales Regulations or the General Terms and Conditions for the Use of Tickets, the purchase will be terminated and all Tickets allocated to the Ticket Application will be cancelled. In such case, pursuant to section 14 of the Ticket Sales Regulations, the Ticket Applicant will be required to pay either an amount of 30% or, in case the termination takes place within 48 hours prior to the Match, an amount of 100% of the aggregate Price of the cancelled Tickets. FIFA reserves any additional rights.

**What happens with my Ticket Application after its submission?**

During the Random Selection Draw Sales periods, football fans may apply for Tickets at any time. It makes no difference when the application is submitted, so long as it is submitted prior to the end of the respective Random Selection Draw Sales period, as all applications will all be processed together. If the number of applications exceeds the number of available Tickets for a given Match and/or category, then Random Selection Draw(s) will take place at the end of the Random Selection Draw Sales period to determine which applicants will be allocated Tickets. All successful, partially and unsuccessful Ticket applicants will be notified of the outcome of their applications.

**What is the meaning of the colours and explanations indicating the demand or availability in the "Selected Product" section in the Application Form at www.fifa.com/Tickets?**

The colours (green, red, amber and black) and corresponding explanations given in the "Selected Product" section in the Ticket Application Form at www.fifa.com/tickets indicate the probability of a successful Ticket Application at the time of your application. The displayed indications are depending on the Sales Phase as follows:

During the Random Selection Draw Sales periods in Sales Phases (1) and (2) the colours and the explanations indicate, in general the level of demand for Tickets based on the number of applications received per Match and category, and have the following meanings:

| Colour | Explanation | Meaning |
|--------|-------------|---------|
| Green | Low | At the time of accessing the website, the |

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

|  | Demand | respective Ticket product is not oversubscribed and therefore, at that point in time, the success of the application appears likely, although circumstances may change based on the total number of applications received prior to the closing of the Random Selection Draw period, and in any event, results will be dependent on any Random Selection Draws. |
|---|---|---|
| Amber | Medium Demand | At the time of accessing the website, the respective Ticket product is not heavily oversubscribed and therefore, at that point in time, a success of the application I appears uncertain. There are many more Ticket Applicants seeking Tickets than there are Tickets presently available for the general public. Circumstances may still change based on the total number of applications received prior to the closing of the Random Selection Draw period. Results will be dependent on the Random Selection Draws. |
| Red | High Demand | At the time of accessing the website, the respective Ticket product is already heavily oversubscribed and therefore, at that point in time, the success of the application appears very unlikely. There are vastly more Ticket Applicants seeking Tickets than there are Tickets presently available for the general public. Results will be dependent on the Random Selection Draws. |

During the First Come First Served Periods in Sales Phases (1) and (2) and the Last Minute Sales Phase the colours and the explanations indicate the availability of Tickets for a Match and category and have the following meanings:

| Colour | Explanation | Meaning |
|---|---|---|
| Green | Reasonable Availability | At the time of accessing the website, the respective Ticket product is still available and therefore, at that point in time, a successful application appears likely |
| Amber | Medium Availability | At the time of accessing the website, a limited number of the respective Ticket product is still available and therefore, at that point in time, your application should still be successful |
| Red | Low Availability | At the time of accessing the website, a small quantity of the respective Ticket product is still available and therefore, at |

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

| | | that point in time, your application may still be successful |
|---|---|---|
| Black | No Availability | At the time of accessing the website, the respective Ticket product is not available and therefore, at that point in time, your application will be unsuccessful |

Please note that the colours and explanations given by FIFA are **mere indications** of the probability of a successful application which are designed to inform customers on the current sales/demand status. The colours and explanations are **BY NO MEANS A GUARANTEE** that a chosen Ticket product is or is not available at the time of the application or that your application will be successful. In any case, a successful application requires full payment and due to many factors, such as the possibility of simultaneously submitted Ticket Applications by other customers or simultaneously released Tickets, the availability and demand situation is reflected only for the time of your access and may change at any point of time thereafter.

**I represent a corporation, and would like to buy tickets, how can I apply?**
Tickets allocated for the general public are intended for individual fans who actually intend to attend the matches only, and are not for business entertainment or commercial purposes. You may be interested to contact MATCH Hospitality for packages which are available to corporate purchasers, subject to terms and conditions applicable to them.

**I am the leader of an amateur team, and would like to buy tickets for a group to go together. How can I apply for tickets for the group?**
Tickets allocated for the general public through www.fifa.com/tickets are intended for individual fans only, not for groups or teams. You may be interested to review whether group tickets are available through your member association.

## Customer Information / Personal Data

**What customer information do I have to provide along with my Ticket Application?**
All Ticket Applicants must provide the following information for themselves and all their guests:
Title
First Name
Full Surname including Mother's Maiden name (as on ID)
Date of Birth
Nationality
Passport reference numbers
Country of Residence
In addition all Ticket Applicants must provide the following information for themselves only (not for their guests):
Home Address (no P.O. Boxes)
Passport reference Contact Details (email address not mandatory and mobile telephone number)
Payment Details (see below)

**Why do I have to provide all this information along with my application?**
The personal details are required in order to facilitate the successful processing of applications and the distribution of Tickets. Your contact details will also be utilised to provide you with important information regarding your Ticket Application. The personal data that you submit will, subject to applicable law, be used, processed, stored, and transferred to third parties (located both within and outside of Brazil) for purposes relating to Ticket sales and allocation procedures, relevant safety and security measures and/or rights protection measures in

# Frequently Asked Questions for
# International Residents



connection with the Competition. We seek your consent to this use of the data as part of the application process. If a Ticket Application is unsuccessful or rejected, the Ticket Applicant may request deletion of the personal data provided by contacting the FIFA Ticketing Centre (FTC).

**Why do I have to provide my passport ID reference for myself and for my guests?**
The data is required for purposes relating to Ticket allocation procedures, relevant safety and security measures and rights protection measures in connection with the Competition. Therefore, it is one of the mandatory details to be provided in order to complete your application and identify your guests.

**I do not have a passport, what should I do?**
We require your National ID reference in order for you to submit a Ticket Application. If you do not have any form of suitable ID, it would be necessary to obtain those prior to submission of a Ticket request.

**My Guests do not have a passport, what should I do?**
If you do not have any form of suitable ID for your guests, it would be necessary for your guests to obtain those prior to submission of a Ticket Application.

**What happens to my data once the process is complete? Will my personal details be kept even if my application isn't successful?**
The personal data will be used, processed, stored and transferred to third parties designated by FIFA (located both within and outside of Brazil) due to operational, safety and security measures in connection with the Competition, in compliance with the applicable laws. If a Ticket Application is unsuccessful or rejected, the Ticket Applicant may request deletion of the personal data provided by contacting the FIFA Ticketing Centre (FTC).

If the Ticket Applicant provides specific consent in the Ticket Application Form, his/her personal data may also be used for purposes relating to other products and services of FIFA or third parties determined by FIFA, in connection with commercial activities that may be of interest to the Ticket Applicant.

**I am applying for Tickets for my child/children and they do not yet have their own passport number, what can I do?**
We understand that you want to attend the 2014 FIFA World Cup™ with your child who does not have a passport. We must advise that the provision of a passports mandatory for all Ticket purchases and therefore we recommend that you acquire such an identity reference for your child. We recognize that this process will require time and therefore recommend that you provide your passport or that of a parent on the child's behalf until you have acquired the necessary passport for the child. Once you have obtained suitable ID of the child in question, it is your responsibility to update your account with such information.

## Sales Phases / Sales Process

**When can I apply for Tickets?**
In order to ensure a fair and transparent allocation of Tickets, the procedure for Ticket allocation for the 2014 FIFA World Cup™ has been divided into three phases. The dates given below are all subject to possible change without prior notice which will be communicated on www.fifa.com/tickets.

# Frequently Asked Questions for International Residents





The first Tickets for the 2014 FIFA World Cup™ will go on sale from **20 August 2013**. During Sales Phase (1), fans will be able to request Tickets on a Random Selection Draw basis for categories 1-4 from **20 August 2013** until 10 October 2013 and on a First Come First Served basis from **11 November 2013** to **28 November 2013**. During Sales Phase (1), fans will be able to buy Tickets based on the date and venue of a Match (teams playing to be determined later), or to follow a team (date and venue to be determined later). This is because during Sales Phase (1) it will not yet have been determined where specific teams will play any given Match, with the exception of Brazil as Team A1.

Sales Phase (2) will commence two days after the Final Draw on **8 December 2013** when football fans will know where their respective teams will be playing. The 1ˢᵗ part of Sales Phase (2) will be again a Ticket Application collection period with applications to be submitted until **30 January 2014**. Random Selection Draws will take place if applications exceed the number of available Tickets for a given Match and/or category.  First Come First Served Tickets will be available from **12 March 2014** to **1 April 2014** where Ticket purchases are processed as a real-time transaction.

In the Last Minute Sales Phase from **15 April 2014** up until the final Match day of the Competition, Tickets will be available to all customers online and, from the 01 June 2014 up until the final Match day of the competition, tickets will also be available Over the Counter at the designated FIFA Venue Ticketing Centres. During the Last Minute Sales Phase, Ticket purchases are processed as a real-time transaction to the extent inventory remains available.

**Who determines which Ticket Applicants are successful and receive Tickets?**

During the Random Selection Draw periods in Sales Phases (1) and (2), in case demand for Tickets exceeds the available inventory for a given Match and Ticket Category, a Random Selection Draw will be conducted to determine the successful Ticket Applicants. All Random Selection Draws to determine the successful Ticket Applicants will follow established algorithms to ensure fairness. The Random Selection Draws are observed and confirmed by the Brazilian Ministry of Sports and its designated agency in compliance with the General World Cup Bill and by an authorized notary public.

The inventory remaining after a Random Selection Draw Phase will be made available in the next First Come First Served Sales period, where Tickets purchases are processed as a real-time transaction to the extent inventory remains available.

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

## Ticket Products

**What types of Tickets are available for the general public?**
There will be three types of Tickets available for the 2014 FIFA World Cup™.

**Individual Match Tickets:** These are Tickets for a specific Match, which are available for all Matches (Match No. 1 to Match No. 64).

**Venue Specific Ticket Series (VSTs):** VSTs are Ticket strips for a specific venue. These strips include the Group Matches (not including the Opening Match), Round of 16 and 3rd / 4th Place Match played at the specific venue of the client's choice. No Tickets for the Opening Match, any Quarter Final Match or Semi Final Match or the Final are contained in any VSTs. VST products are designed to allow you to enjoy such Matches comprised in the selected VST package and which are hosted in a specific host city of the Competition.

Please note that each VST Ticket strip comprises a certain number of Tickets. Therefore, the Ticket Application Form will only identify the Venue of the client's choice, and the purchase will include such Tickets comprised in the VST strip. The VST will not necessarily comprise all Matches played at the chosen Venue. The Matches included and excluded in each VST strip are specified in the table at www.fifa.com/tickets.

Each VST strip grants the Tickets necessary for one person to attend the comprised Matches. A VST strip must be purchased for each Guest intending to attend the Matches reflected in the respective VST strip.

**Team Specific Ticket Series (TST):** TST are Ticket strips to follow the national team of your choice. The TST will not always comprise all Matches played by the chosen national team, but only the number of Matches comprised in the package which you have purchased. This means that, depending on which TST you applied for, your TST may include between three Matches (so called TST3 comprising only the three Group Matches) and seven Matches (so called TST7 comprising all Group Matches, the Round-of-16 Matches, the Quarter-Final Matches, the Semi-Final Matches and the Final) as explained in the Ticket Application Form. The TST purchased guarantees the customer Tickets for Matches of such rounds of the Competition comprised in the specific TST package purchased by the customer, regardless of whether the Team itself qualifies. Information about how many Tickets and which Matches are included in each TST can be found in the table in the Ticket Application Form. TST products are designed to allow you to follow the team of your choice and to enjoy the Competition throughout all Competition rounds selected in your TST product allowing you to plan your trip and confirm the round of Matches you will have Tickets to attend.

Please note that the Ticket Application Form and the Ticket Confirmation will only identify the national team and the number of Matches of your choice and the purchase will include all Tickets comprised in the requested TST strip.

**Which Matches are comprised in Venue Specific Ticket Series (VSTs)?**
VSTs are Ticket strips for a specific venue. These strips include the Group Matches (not including the Opening Match), Round of 16 and 3rd / 4th Place Match played at the specific venue. No Tickets for the Opening Match, any Quarter Final Match or Semi Final Match or the Final are contained in any VSTs.

The following table sets out the Matches comprised in a VST offered for the different venues:

# Frequently Asked Questions for International Residents



FIFA WORLD CUP
Brasil

| Venue | Total Matches | Opening Match (Match No. 1) | Group Matches (Matches no. 2-48) | Round of 16 (Matches No. 49-56) | Quarter Final Matches No. 57-60) | Semi Final Matches no. 61 & 62) | 3rd/4th Place (Match No. 63) | Final (Match No. 64) |
|---|---|---|---|---|---|---|---|---|
| Belo Horizonte | 5 | n/a | 4 | 1 | n/a | Not included | n/a | n/a |
| Brasilia | 6 | n/a | 4 | 1 | Not included | n/a | 1 | n/a |
| Cuiaba | 4 | n/a | 4 | n/a | n/a | n/a | n/a | n/a |
| Curitiba | 4 | n/a | 4 | n/a | n/a | n/a | n/a | n/a |
| Fortaleza | 5 | n/a | 4 | 1 | Not included | n/a | n/a | n/a |
| Manaus | 4 | n/a | 4 | n/a | n/a | n/a | n/a | n/a |
| Natal | 4 | n/a | 4 | n/a | n/a | n/a | n/a | n/a |
| Porto Alegre | 5 | n/a | 4 | 1 | n/a | n/a | n/a | n/a |
| Recife | 5 | n/a | 4 | 1 | Not included | n/a | n/a | n/a |
| Rio de Janeiro | 5 | n/a | 4 | 1 | Not included | n/a | n/a | Not included |
| Salvador | 5 | n/a | 4 | 1 | Not included | n/a | n/a | n/a |
| São Paulo | 4 | Not included | 3 | 1 | n/a | Not included | n/a | n/a |

NOTE: VSTs include all Group Matches (with the sole exception of the Opening Match which is not included in the VST for São Paulo), Round of 16 and 3rd / 4th Place Match, played at the specific venue. They do not include any Quarter Final Match, Semi Final Match or the Final irrespective of the venue such Match is played.

Please refer to the Match Schedule for the dates and times of Matches in each stadium by following the link below:

http://pt.fifa.com/worldcup/matches/matchschedule.html

**Does the Venue Specific Ticket Series (VST) for São Paulo comprise the Opening Match?**
No, the Opening Match is not included in the VST for São Paulo.

**Does the Venue Specific Ticket Series (VST) for Rio de Janeiro comprise the Final Match?**
No, the Final is not included in the VST for Rio de Janeiro.

**Does the Venue Specific Ticket Series (VST) for the respective venues comprise the Quarter Final and Semi Final Matches?**
No, the Quarter Final Matches and Semi Final Matches are not comprised in the VST for the respective venue.

**Does the Venue Specific Ticket Series (VST) for Brasilia comprise the 3rd / 4th Place Match?**
Yes, 3rd / 4th Place Match is comprised in the VST for Brasilia.

**Which Matches are comprised in a Team Specific Ticket Series (TST)?**
TST are Ticket strips to follow the national team of your choice. Depending on which TST you applied for, your TST includes between three Matches (so called TST3) and seven Matches (so

# Frequently Asked Questions for
# International Residents



called TST7). The TST purchased guarantees the customer Tickets for Matches of such rounds of the Competition comprised in the specific TST package purchased by the customer, regardless of whether the team itself qualifies. Information about how many Tickets and which matches are included in each TST can be found in the table below.

The following table sets out the different TST products offered by FIFA and the number of Tickets comprised in such TST:

| TST Code | TST product (Matches included in the TST) | No of Tickets |
|---|---|---|
| TST3 | Group Matches | 3 |
| TST4 | Group Matches + Round of 16 | 4 |
| TST5 | Group Matches + Round of 16 + Quarter-Final | 5 |
| TST6 | Group Matches + Round of 16 + Quarter-Final + Semi-Final | 6 |
| TST7 | Group Matches + Round of 16 + Quarter-Final + Semi-Final + Final | 7 |

To learn which Matches are comprised in each type of TST, please check the answers to questions "What types of Tickets are available for the general public?" and "What happens with my TST if my team is eliminated?".

**Do I need to choose the national team corresponding to my nationality or residency?**

No, irrespective of your nationality and the country you reside in, you may choose a national team of your choice.

**Does the Team Specific Ticket Series (TST3 to TST7) for Brazil and Team A2 comprise the Opening Match?**

Yes, the TST for Brazil and Team A2 comprises the Opening Match held in Sao Paulo. As set forth in the section Ticket Prices, the prices for the TST for Brazil and Team A2 are higher than for other TST due to the Opening Match Premium which is added. For Team A2 the Opening Match Premium will be added following the Final Draw once the participating Team is known.

**Does the Team Specific Ticket Series (TST7) for any team comprise the Final?**

Yes, the TST7 for any team comprises a Ticket for the Final held in Rio de Janeiro. This is the case regardless whether or not the team of your choice will advance to the Final.

**Does the Team Specific Ticket Series (TST3 to TST6) for any team comprise the Final?**

No, the **TST3 to TST6** for any team **do NOT comprise a Ticket for the Final** held in Rio de Janeiro. This is the case regardless whether or not the team of your choice will advance to the Final.

The TST3 to TST6 for any team do NOT grant any type of option to purchase a Ticket for the Final in addition to your respective TST product, regardless of whether or not the team of your choice will advance to the Final.

**Does the Team Specific Ticket Series (TST 3 to TST 6) for any team grants the option to purchase additional Tickets if the team of your choice advances to later rounds?**

No, the **TST3 to TST 6** comprise only the Tickets contained in the original TST product purchased by the customer. **No option to purchase additional Tickets for later rounds is granted** regardless whether or not the team of your choice will advance to the later rounds of the Competition.

**What happens with my TST if my team is eliminated?**

If your team is eliminated and your TST includes rounds after your team has been eliminated, your TST will remain valid for such round or rounds dependent on the TST product of your choice to follow the team that progresses into the next round of the Competition as indicated below.

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

| TICKETS RECEIVED PER FIXED TST SERIES | |
|---|---|
| IF YOUR TEAM PARTICIPATES IN THIS TOURNAMENT STAGE | IF YOUR TEAM DOES NOT PROGRESS TO THIS STAGE IN THE TOURNAMENT |
| A Ticket for each of your Team's 3 Group Matches (all 32 Teams that qualify for the 2014 FIFA World Cup™ will play their corresponding 3 Group Matches). | |
| Ticket to your team's Round of 16 Match | A Ticket for the Round of 16 Match to follow the winner of your team's Group |
| Ticket to your team's Quarter-Final Match | A Ticket to the Quarter-Final Match to follow the winner of the previous Match attended |
| Ticket to your team's Semi-Final Match | A Ticket for the Semi-Final Match to follow the winner of previous Match attended |
| Ticket to the Final | |

**I have bought a TST Product comprising later rounds and my team of choice has been eliminated. Can I make the choice which other team to follow in later rounds?**
No. Your TST will remain valid for such round or rounds comprised in your TST, but the determination of which Matches and winning team(s) to follow is done automatically as set out in the table also displayed in the Ticket Application Form.
In case your team is eliminated in the Group Matches, your TST will remain valid for the Match of the winner of the group of your team. In case your team is eliminated in a later round of the Competition, your TST will remain valid for the Match of the winner of the respective Match up to the last round comprised in your TST product.
**I bought a TST. What happens if my team does not qualify for the 2014 FIFA World Cup ™?**
If your chosen team does not qualify for the 2014 FIFA World Cup™, FIFA will refund the payment made by you for your TST less an administration fee of US Dollars 10.00 (ten United States Dollars), or Brazilian Real 20.00 (twenty Brazilian Real)

## Ticket Categories

**Which Ticket Categories are offered by FIFA?**
There will be four price categories offered for the 2014 FIFA World Cup™:
Category 1: This is the highest priced and located in prime areas within the Stadium.
Categories 2 and 3 are located outside of the Category 1 area.
Category 4 is the most affordable and is reserved exclusively for residents of Brazil.
**How does FIFA in general decide which seats belong to which category?**
FIFA determines the categorisation of each seat in the Stadium on a Match-by-Match basis. This means that (i) the Ticket Category may vary from Match to Match; (ii) all Ticket Categories may comprise stadium seats of the lower and upper tier, (iii) the Ticket Categorisation remains unaffected from any conditions on the Match day, such as weather conditions; and (iv) Ticket Category boundaries may vary from Match to Match. Such differentiation is necessary to secure that the maximum number of Tickets can be made available to football fans.
**Where is category 1, category 2, category 3 and category 4 located in the stadium in Belo Horizonte?**
To see a stadium image, click here.
Please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket

# Frequently Asked Questions for
# International Residents



Category on a Match-by-Match basis.. In no instances will a purchased Ticket be allocated into a lower priced Ticket Category. Please refer to the stadium illustrations in order to better understand the location of your Ticket (subject to price category).

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

**Where is category 1, category 2, category 3 and category 4 located in the stadium in Brasilia?**
To see a stadium image, click here.

With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

**Where is category 1, category 2, category 3 and category 4 located in the stadium in Cuiaba?**
To see a stadium image, click here.

With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

**Where is category 1, category 2, category 3 and category 4 located in the stadium in Curitiba?**
To see a stadium image, click here.

With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and

# Frequently Asked Questions for
# International Residents



other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

**Where is category 1, category 2, category 3 and category 4 located in the stadium in Fortaleza?**
To see a stadium image, click here.

With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

**Where is category 1, category 2, category 3 and category 4 located in the stadium in Manaus?**
To see a stadium image, click here.

With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

**Where is category 1, category 2, category 3 and category 4 located in the stadium in Natal?**
To see a stadium image, click here.

# Frequently Asked Questions for
# International Residents



With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

## Where is category 1, category 2, category 3 and category 4 located in the stadium in Porto Alegre?

To see a stadium image, click here.

With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

## Where is category 1, category 2, category 3 and category 4 located in the stadium in Recife?

To see a stadium image, click here.

With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your

# Frequently Asked Questions for
# International Residents



Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

**Where is category 1, category 2, category 3 and category 4 located in the stadium in Rio de Janeiro?**

To see a stadium image, click here.

With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

**Where is category 1, category 2, category 3 and category 4 located in the stadium in Salvador?**

To see a stadium image, click here.

With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

**Where is category 1, category 2, category 3 and category 4 located in the stadium in Sao Paulo?**

To see a stadium image, click here.

With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

If you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category, or in an area depicted on the map as included in a higher-priced category.

Please note that the colours used in the above Stadium Map are entirely unrelated to the colours indicated on your Ticket and the Stadium signage. The corresponding colours on your Ticket and the Stadium signage serve the sole purpose of directing spectators to the correct Stadium entrance to support a smooth Stadium operation on Match days.

**What is a Category 4 Ticket and how can I purchase Category 4 Tickets?**

Category 4 Tickets are the lowest priced category of Tickets and thus are the least expensive. Category 4 Tickets are available to Brazilian residents only.

## Disabled Access Tickets

**Are there Tickets available for Disabled Persons?**

Yes, at least 1% of the total quantity of Tickets offered for purchase in each Stadium will be made available for disabled customers. The location of the available seats for disabled customers varies from Stadium to Stadium.

**Which disabilities entitle me to apply for a Disabled Access Ticket?**

Different types of Disable Access Tickets are offered to the following groups of international residents:

Wheelchair users

Ticket Applicants with other disabilities or needs, please contact the FTC.

**Can I apply for a Ticket for an accompanying person if I apply for a Disabled Ticket?**

In the Ticket Application Form disabled customers will have the option to request a complimentary Ticket for one companion to assist and accompany them to the Match. The accompanying person will be seated as close as possible to the disabled customer, however, the exact location of the seat cannot be guaranteed. FIFA cannot ensure that the seat for the accompanying person will be adjacent to that of the disabled customer.

With the submission of your application for the purchase of a Disabled Access Ticket, please indicate if you also need one complimentary Ticket for an accompanying person's Ticket. Please note that it is not possible to request more than one complimentary Ticket.

**Which proof of eligibility do I have to submit for Disabled Access Tickets?**

Customers who apply for and purchase Disabled Access Tickets must provide proof of eligibility upon Ticket collection and entrance to the Stadium. Failure to provide proof of eligibility may result in the cancellation of the Tickets. Please be courteous to the other fans, and only apply for these Tickets if you truly require them. They are limited in number due to Stadia configuration.

Please provide a proof of disability that is commonly and widely accepted in your country of residence.

**What happens in case of a misrepresentation of a disability?**

The misrepresentation represents a material breach of the Ticket Sales Agreement and FIFA may cancel the Tickets. In such case the ticket Applicant will be required to pay either an amount of 30% or, in case the termination takes place within 48 hours prior to the Match, an amount of 100% of the aggregate price of the cancelled Tickets. FIFA reserves any additional rights, including criminal charges.

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

## Seating Aspects

### How does FIFA decide which seats belong to which category?

FIFA determines the categorisation of each seat in the Stadium on a Match-by-Match basis. This means that (i) the Ticket Category may vary from Match to Match; (ii) all Ticket Categories may comprise Stadium seats of the lower and upper tier, (iii) the Ticket categorisation remains unaffected from any conditions on the Match day, such as weather conditions; and (iv) Ticket Category boundaries may vary from Match to Match. Such differentiation is necessary to ensure that the maximum number of tickets can be made available to football fans.

### Where is my category 1, category 2, category 3 and category 4 seat located in the respective stadium?

The location of the Ticket Categories is indicated in the Stadium Maps of each Stadium. Please refer to the section "Ticket Categories".

With respect to this, please note that the colours in the Stadium Map illustrate the areas in which seats of a certain Ticket Category may regularly be located. In order to make as many Tickets as possible available for fans and at the same time to secure that the global media and other stakeholders are properly serviced, FIFA may redesign the areas in which seats of a certain Ticket Category are located. And therefore FIFA reserves the right to assign specific seats to a different Ticket Category on a Match-by-Match basis. In no instances will a purchased ticket be allocated into a lower priced ticket category. Please refer to the stadium illustrations in order to better understand the location of your ticket (subject to price category).

This means that if you have purchased a certain Ticket Category, your seat will be located in such area as indicated in the Stadium Map for such category or in the area of a higher-priced category.

### Am I informed about the location of my seat when I purchase a Ticket?

No. You will select the Category of the required Ticket, but FIFA will only assign you a specific seat within the chosen Category after the conclusion of the purchase.

### I am not happy with the seats I have been allocated. Can I change?

No.  It is not possible to request the change of a seat allocated to you.

### Can I request to sit next to a specific person?

No. However, Tickets for seats requested with one Ticket Application will, wherever possible, be allocated adjacent to one another, which means that seats may be located in the same row next to each other or in two consecutive rows close to each other. In any case, please note that any specific seating order cannot be guaranteed by FIFA. In particular during the Last Minute Sales Phase in which FIFA is selling off remaining Ticket inventory, seats of the same application can also be expected to be located in different areas in the Stadium. This means that seats may not always be allocated together in the same section or block of seats.

Please expect seats of different applications to be never located adjacent to each other.

### Do I have the right to cancel my purchase and give back my Ticket if I do not like the position of my seat or if I am not assigned a seat adjacent to my Guests?

No. The position of a seat does not give reason to cancel and return the Ticket. FIFA is not able to guarantee that Guests will be assigned seats adjacent to that of the Ticket Applicant. However, you may put all your Tickets up for resale on the official FIFA Transfer and Resale Platform subject to the applicable conditions. Those conditions are explained in the Transfer and Resale Policy, available at www.fifa.com/tickets and on item "Transfer and Resale"contained in the menu bar.

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

## Ticket Prices

**What are the currencies of the Ticket prices?**
Tickets will be made available for purchase by residents of Brazil in Brazilian Reals (BRL) and by international customers in US Dollars (USD). The prices in BRL are based on a fixed exchange rate of R$ 2 BRL to $1 USD. The fixed exchange rate will apply for the duration of the 2014 FIFA World Cup™ sales process regardless of any fluctuations in the value of the two currencies internationally.

**What are the prices for Individual Match Tickets?**
All prices shown below are in United States dollars

| | CAT 1 | CAT 2 | CAT 3 | DISABLED ACCESS TICKETS |
|---|---|---|---|---|
| | $495 | $330 | $220 | $220 |
| | $175 | $135 | $90 | $90 |
| | $220 | $165 | $110 | $110 |
| | $330 | $220 | $165 | $165 |
| | $660 | $440 | $275 | $275 |
| | $330 | $220 | $165 | $165 |
| | $990 | $660 | $440 | $440 |

**Why is the Opening Match ticket more expensive than the other Group Matches?**
The Opening Match includes the Opening Ceremony of the 2014 FIFA World Cup™ and therefore an Opening Match Premium will be added and the Ticket face price is higher than the face price of the Tickets for the other Group Matches.

**What are the Prices for Venue Specific Ticket Series (VSTs)?**

| | COST PER VENUE SPECIFIC TICKET | | | | NUMBER OF MATCHES | | |
|---|---|---|---|---|---|---|---|
| | CAT 1 | CAT 2 | CAT 3 | DAT | | | |
| | $920 | $705 | $470 | $470 | 4 | 1 | 0 |
| | $1,250 | $925 | $635 | $635 | 4 | 1 | 1 |
| | $700 | $540 | $360 | $360 | 4 | 0 | 0 |
| | $700 | $540 | $360 | $360 | 4 | 0 | 0 |
| | $920 | $705 | $470 | $470 | 4 | 1 | 0 |
| | $700 | $540 | $360 | $360 | 4 | 0 | 0 |
| | $700 | $540 | $360 | $360 | 4 | 0 | 0 |
| | $920 | $705 | $470 | $470 | 4 | 1 | 0 |
| | $920 | $705 | $470 | $470 | 4 | 1 | 0 |
| | $920 | $705 | $470 | $470 | 4 | 1 | 0 |
| | $745 | $570 | $380 | $380 | 3 | 0 | 0 |

Note: Please look at Section "Ticket products" which explains in detail the Matches contained in the VSTs.

**What are the prices for Team Specific Ticket Series (TST)?**
The price of each Team Specific Ticket Series (TST) is the sum of the face price of the Tickets contained in the TST, plus a 10% TST Service Fee. The table below shows the price of each TST, in Brazilian Real, and the number of Matches in each TST.
TST (excluding Brazil and Team A2) will cost the following:

# Frequently Asked Questions for International Residents



FIFA WORLD CUP
Brasil

| | | COST PER TST SERIES | | | | NUMBER OF MATCHES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CAT 1 | CAT 2 | CAT 3 | DAT | | | | | |
| | | $379 | $446 | $297 | $297 | 3 | 0 | 0 | 0 | 0 |
| | | $820 | $627 | $418 | $418 | 3 | 1 | 0 | 0 | 0 |
| | | $1,181 | $860 | $600 | $600 | 3 | 1 | 1 | 0 | 0 |
| | | $1,909 | $1,353 | $902 | $902 | 3 | 1 | 1 | 1 | 0 |
| | | $2,998 | $2,079 | $1,386 | $1,386 | 3 | 1 | 1 | 1 | 1 |

## What are the prices for Team Specific Ticket Series (TST) for Brazil and Team A2?

TST for Brazil and Team A2 will cost the following:

| | | COST PER TST SERIES | | | | NUMBER OF MATCHES | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | CAT 1 | CAT 2 | CAT 3 | DAT | | | | | |
| | | $930 | $660 | $440 | $440 | 3 | 0 | 0 | 0 | 0 |
| | | $1,172 | $842 | $561 | $561 | 3 | 1 | 0 | 0 | 0 |
| | | $1,535 | $1,084 | $743 | $743 | 3 | 1 | 1 | 0 | 0 |
| | | $3,261 | $1,569 | $1,045 | $1,045 | 3 | 1 | 1 | 1 | 0 |
| | | $3,350 | $2,294 | $1,529 | $1,529 | 3 | 1 | 1 | 1 | 1 |

## Why are the TST series for Brazil and Team A2 more expensive than the TST series for other teams?

The Opening Match includes the Opening Ceremony of the 2014 FIFA World Cup™ and therefore an Opening Match Premium will be added and the Ticket face price is higher than the face price of the Tickets for the other Group Matches. Therefore, TST purchased for Brazil's Matches already include the Opening Match Premium as Brazil will compete in the Opening Match. Likewise an Opening Match Premium will also be added to the Ticket face price should the team of your choice be drawn as Team A2 and will therefore play against Brazil in the Opening Match.

# Sales Restrictions

## What is the maximum number of Tickets I can request?

You can apply for up to 4 Tickets per Match for a maximum of 7 Matches. Alternatively, you can apply for a maximum of 4 Team Specific Ticket Series for the team of your choice.

Should FIFA detect, even after the purchase confirmation, any circumvention of the sales restrictions, the purchase will be terminated and all Tickets eventually allocated to the Ticket Applicant will be cancelled. In such case, pursuant to section 14 of the Ticket Sales Regulations, the Ticket Applicant will be required to pay an amount of 30% or, in case the termination takes place within 48 hours prior to the Match, an amount of 100% of the aggregate price of the cancelled Tickets. FIFA reserves any additional rights.

## Am I allowed to submit mixed applications for different Ticket products?

Prior to the Final Draw, you are permitted to purchase a mixture of Individual Match Tickets and Venue Specific Ticket Series.  For the avoidance of doubt, Team Specific Tickets are available prior to the Final Draw, however applications for TSTs cannot be mixed with applications for other types of Ticketing product.

After the Final Draw, you are permitted to purchase a mixture of all three Ticket products.

In any case the total number of Tickets purchased per the Ticket Applicant cannot exceed 4 Tickets per Match and a maximum number of 7 Matches.

# Frequently Asked Questions for
# International Residents



Should FIFA detect, even after the purchase confirmation, any circumvention of the sales restrictions, the purchase will be terminated and all Tickets eventually allocated to the Ticket Applicant will be cancelled. In such case, pursuant to section 14 of the Ticket Sales Regulations, the Ticket Applicant will be required to pay an amount of 30% or, in case the termination takes place within 48 hours prior to the Match, an amount of 100% of the aggregate price of the cancelled Tickets. FIFA reserves any additional rights.

**Besides the maximum number of Tickets, are there any further sales restrictions?**
Yes, Tickets cannot be purchased for different Matches being played on the same calendar day or for the same person, being the Ticket Applicant or Guest, by way of multiple applications for the same Match.

All Tickets requested for a given Match must be for the same Ticket Category, but you can request different categories for different Matches.

**Why are there sales restrictions?**
In order to ensure that Tickets are available to as many fans as possible and are therefore allocated in a fair manner and to prevent unauthorized Ticket resellers from accessing and reselling Tickets, FIFA has established a limit on the number of Tickets that any household can purchase per Match and in total. Sales restrictions means that the Ticket Applicant and any other person living within the same household may only apply for such maximum number of Tickets.

**What happens in case of violation of the sales restrictions?**
If your application violates the sales restrictions, your application will be rejected. If FIFA detects this violation after a Ticket Confirmation has been provided, FIFA may cancel any Tickets reflected in the relevant Ticket Confirmation. In such case, the Ticket Applicant will be required to pay an amount of 30% or, in case the termination takes place within 48 hours prior to the Match, an amount of 100% of the aggregate price of the cancelled Tickets. FIFA reserves any additional rights.

## Payment Process

**What methods of payment are accepted?**
In Sales Phase (1) and Sales Phase (2), it is possible to make payment for the purchase of the Tickets by means of the following payment methods:
VISA payment card



**FIFA World Cup™ Prefers Visa**

Other accepted payment cards
International bank transfers (if you use a downloadable Ticket Application Form)
**What methods of payment are accepted in the Last Minute Sales Phase?**
In the Last Minute Sales Phase, it is possible to make payment for the purchase of the Tickets by means of the following payment methods:
VISA payment card



**FIFA World Cup™ Prefers Visa**

Other accepted payment cards

# Frequently Asked Questions for
# International Residents



Cash (over-the-counter transactions only, available from the 01 June 2014 up until the final Match day of the competition)

### When do I have to pay my Tickets?

If your Ticket Application is successful and if you have chosen to collect your Tickets and pay with Visa or any other accepted payment card, FIFA will automatically process payment immediately based upon the payment information you provided with your application for Tickets, without requiring you to reconfirm your purchase or do anything further.

For the Random Selection Draw sales period, this will be before 10 November 2013 in Sales Phase (1) and before 11 march 2014 in Sales Phase (2), respectively. For the First Come First Served sales period, this will be at the time of your Ticket purchase.

### Can I use a relative's or friend's payment card to pay for my Tickets?

No, payment with your personal Visa or other accepted payment card is a material obligation under the Ticket Sales Agreement and you must be the named payment card holder. If you provide payment card information from a payment card of a third party within your application, your application will be rejected. If FIFA detects the use of a payment card owned by a third party after a Ticket Confirmation has been provided, FIFA may cancel any Tickets reflected in the relevant Ticket Confirmation. In such case, the Ticket Applicant will be required to pay either an amount of 30% or, in case the termination takes place within 48 hours prior to the Match, an amount of 100% of the aggregate price of all cancelled Tickets. FIFA reserves any additional rights.

### What and where is the Payment Card Security Code?

The Card Security Code is the last three digits of the number printed on the signature panel located on the back of your card. The code is a security feature that allows FIFA and your Payment Card issuer to identify you as the cardholder and provide you with additional security against fraud.

### What if I have insufficient funds on my payment card account?

If you have insufficient funds on your payment card account at the time when Tickets are confirmed to you and therefore your payment is not processed successfully, your application will be cancelled. In order to make sure you have the opportunity to have a successful application, please make sure you have sufficient credit or funds on your payment card to satisfy the transaction amount.

### I have attempted to pay online, however my payment has been unsuccessful. What should I do?

If you are trying to pay online but are receiving an unsuccessful message it could be because your issuing bank is blocking the transaction. Please contact your bank to authorize payment and try to submit the request again. If the situation continues then please contact the FIFA Ticketing Centre including as much information as possible including ticketa screenshot with any specific error message shown, the internet browser you are using, and how many times you have attempted the transaction. If your payment is unsuccessful, no Tickets can be allocated to you.

Please note that FIFA is not responsible for any SMS sent to you by your payment card issuer informing you of the purchase of tickets or the approval of any expenditure on your payment card. Such communication, not issued by FIFA, does not entitle you to receive tickets nor does it represent the purchase confirmation.

### What do I do if my payment card is lost or stolen?

We recommend that you report your card lost or stolen to your card provider and to your local police.

Also, you must advise the FIFA Ticketing Centre (FTC) immediately via the "Contact" link in our website that your payment card is lost or stolen in order that we can make a note of your

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

circumstances on your application file. If the incident takes place before your Ticket Application is processed during a Random Selection Draw Sales period, please change your personal details in your Ticket account to reflect new payment card details. If the card is lost or stolen following a successful Ticket purchase, please bring your Ticket Confirmation, and a photo ID to the FIFA Venue Ticketing Centre when you go to collect your Tickets and a Help Desk representative will assist you in printing your Tickets.

**How secure is the transfer of my payment card and personal information when making a request online?**
To guarantee the security of your payment card and personal information for your Ticket request, we use HTTPS/SSL standard protocols to securely transfer sensitive data over the internet.

## Ticket Confirmation

**What is the Ticket Confirmation**
The Ticket Confirmation is the official confirmation by FIFA confirming that Tickets have been allocated to you. The Ticket Confirmation will specify the quantity of Tickets or Ticket products allocated to you but will not provide you with specific seating information. The issuance of the Ticket Confirmation represents FIFA's partial or full acceptance of your offer to purchase Tickets and constitutes the conclusion of the Ticket Sales Agreement.

**When will I know if my application was successful?**
All successful, partially successful and unsuccessful Ticket Applicants will be sent a notification confirming the outcome of their Ticket Application, or can always check the status of their account online at www.fifa.com/tickets , or through the IVR system.

| Sales Phase | Notification Period |
|---|---|
| Sales Phase 1 - Random Selection Draw Period | Before 11 November 2013 |
| Sales Phase 1 - First Come First Served Period | Immediate Notification |
| Sales Phase 2 - Random Selection Draw Period | Before 12 March 2014 |
| Sales Phase 2 - First Come First Served Period | Immediate Notification |
| Last Minute Sales Phase | Immediate Notification |

**How is a Ticket Confirmation sent to me?**
All successful and partially successful Ticket Applicants, who apply for Tickets via the internet at www.fifa.com/tickets, will receive a confirmation message by email, or SMS if an email address is not available, advising them of the Tickets that they have been successfully awarded. All unsuccessful Ticket Applicants applying online will also receive a message by email, or SMS, advising that they have been unsuccessful in their Ticket Application. Applicants can also check the status of their account at any time by checking online at www.fifa.com/tickets or through the IVR system.

Please note that FIFA is not responsible for any SMS sent to you by your payment card issuer informing you of the purchase of tickets or the approval of any expenditure on your payment card. Such communication, not issued by FIFA, does not entitle you to receive tickets nor does it represent the purchase confirmation.

**I have not received my confirmation communication. Why?**
If you do not receive a notification email within the communicated timeline, please check your spam or bulk email folder. You may prefer to add noreply@2014ftc.com to your list of

# Frequently Asked Questions for International Residents



FIFA WORLD CUP
Brasil

permitted email addresses under your contacts, prior to registration. If you still cannot find this notification, it is possible that you entered your email address or mobile phone number incorrectly in your Ticket Application.

You also have the ability to check the status of your request at any time within your customer account at www.fifa.com/tickets or through the IVR system.

**I have been allocated Tickets in a lower category than applied for, how is this possible?**

This is only possible if you have agreed in your application submitted to FIFA during a Random Selection Draw Sales period to accept Tickets of a lower category if your original choice was not available.

**Am I granted access to the Stadium upon presentation of my Ticket Confirmation?**

No, access to the Stadium will only be granted upon presentation of a valid Ticket. Therefore it is necessary to have your Tickets in good time before the Match.

## Cancellation of Tickets

**Once I have purchased Tickets, can I cancel my Tickets and give back the Tickets to FIFA?**

In principle this is not possible as all sales are FINAL. The transaction is final and constitutes a binding contract between you and FIFA Ticketing AG.

However, please refer to the cooling off period rights explained in the Ticket Sales Regulations, if applicable in your specific circumstances.

Furthermore, if you cannot attend a Match, you may put some or all your Tickets up for resale on the official FIFA Transfer and Resale Platform that will be available via your FIFA Ticketing Account from 15th April 2014 at 12:00 CET (07:00 Brasilia Time) at www.fifa.com/tickets subject to the applicable conditions. Those conditions are explained in the document "Ticket Transfer and Resale Policy" accessible at www.fifa.com/tickets, via the menu bar item "Transfer and Resale".

## Consequences of Violation of Ticketing Rules

**Where do I find the Ticketing Rules?**

All rules regarding the purchase and permitted use of Tickets as well as the conduct inside the Stadium are contained in the Ticket Sales Regulations, the General Terms and Conditions and the Stadium Code of Conduct. These legal documents are accessible at www.fifa.com/tickets, via the menu bar item "Legal Documents" and will be registered with the Registry Title and Deed ("Registro de Títulos e Documentos – RTD"). As part of your Ticket Application, it is required to carefully read and accept the Ticket Sales Regulations, the General Terms and Conditions and the Stadium Code of Conduct.

What is the consequence of my violation of the Ticketing Rules?

In case you violate the General Terms and Conditions for the Use of Tickets or the Stadium Code of Conduct, your Ticket will be automatically cancelled, which means you would not be admitted to the Stadium or you will be ejected from the Stadium if you have entered already without any refund of the Ticket Price or further compensation payable to you. FIFA reserves any additional rights.

In case you violate the Ticket Sales Regulations, FIFA may cancel the Ticket immediately, which means you will not be admitted to the Stadium. In such case, the Ticket Applicant will be required to pay either an amount of 30% or, in case the termination takes place within 48 hours prior to the Match, an amount of 100% of the aggregate Price of the cancelled Tickets. FIFA reserves any additional rights.



# Frequently Asked Questions for
# International Residents

**Why is there an amount for me to pay as part of the consequences imposed by FIFA?**
An amount to pay as a consequence is imposed by FIFA in order to reimburse FIFA for any administration costs incurred as a result of the cancellation of the allocated Ticket, the necessary re-allocation and re-issuance of the Ticket for the sale to the general public or another customer group, to compensate FIFA for the reduced opportunity to re-sell the Tickets. In addition, FIFA reserves additional rights due to the possibility of other potential damages incurred by FIFA as a result of violations of the General Terms and Conditions for the Use of Tickets, the Stadium Code of Conduct or the Ticket Sales Regulations.

**Am I responsible for the behaviour and conduct of my Guests?**
Yes, you are responsible for the behaviour of your guests. This means that, in case any of your guests violate the Ticket Sales Regulations, the General Terms and Conditions or the Stadium Code of Conduct, FIFA may not only cancel the Ticket of your guest, but also all or some of your other Tickets. In such case, the Ticket Applicant will be required to pay either an amount of 30% or, in case the termination takes place within 48 hours prior to the Match, an amount of 100% of the aggregate Price of the cancelled Tickets. FIFA reserves any additional rights.

For this reason, you are required to ensure that your guests have read, understood and accepted the Ticket Sales Regulations, the General Terms and Conditions and the Stadium Code of Conduct.

## Ticket Collection

**How and when do I receive my Tickets?**
Tickets allocated by FIFA to the Ticket Applicant will be made available for collection by the Ticket Applicant at the ticketing centres operated by FIFA in all venues of the Competition prior to and during the Competition ("**FIFA Venue Ticketing Centres**") at such time and place as described in the Ticket Application Form or at www.fifa.com/tickets. Please note that FIFA strongly recommends you to collect their Tickets as early as possible, but in any case before the Match day.

The option of Ticket delivery (via courier) will be allowable to certain customers, at their own cost, that have purchased their Tickets prior to 30ᵗʰ January 2014.

Delivery of Tickets will not be possible for:
(i)     Tickets allocated to Ticket Applicants benefiting from a discount pursuant to Law No. 12.663/2012 (General World Cup Law), as these Ticket Applicants have to evidence the fulfilment of the Personal Condition;
(ii)    Tickets allocated to Disabled Persons;
(iii)   Ticket purchases which contain any Tickets referred to in (i) and (ii);
(iv)   Tickets purchased after the 30ᵗʰ January 2014;
(v)    TST Tickets which include any of the round of 16 matches, quarter-finals matches, semi-final matches and the final match; and
(vi)   Tickets for which delivery may not be possible in time due to operational and/or Stadium-related reasons (and in such cases, FIFA will arrange for the refund of the applicable delivery fee.

For more information regarding the Ticket Delivery, please see the section "Ticket Delivery".

**Can I collect Tickets on Match day in the Stadium?**
No, for security reasons, FIFA will not make available Tickets for collection at the Stadium on Match days.

**Who can collect the Tickets for me?**
Either yourself or someone authorized by you. However, please note that in case you wish the Tickets to be collected by a third party, such third party must be duly authorized by you by

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

means of a notarized and specific power of attorney and notarized copies of both yours and the third party's identification documents with embedded photographs.

**What documents do I have to bring for Ticket Collection?**

You need to present your ID with embedded photo and the payment card used in the transaction.

**Can I book an appointment to collect my tickets?**

Yes. In order to provide you with an enjoyable and efficient Ticket Collection experience, you can schedule your visit to the FIFA Venue Ticketing Centre ("FVTC").

Here are some of the advantages:

Time-saving

Service by appointment

Exclusive and faster queues

Faster Ticket collection

If you are interested in this, please follow the quick steps presented below:

1. Access your account at www.fifa.com/tickets

2. Select "My Ticketing Account" at the main menu.

3. Log in to your FIFA Ticketing Account.

4. In the "Ticket collection appointment" section, select the day, time and FVTC location for your Ticket collection.

We recommend you collect your Tickets as early as possible and before the Match day in order not to endanger the timely access to the stadium before the Kick Off time of the Match.

Please note that while we endeavour to provide you with the best possible service, delays can occur when collecting your tickets.  Please note that the appointment slots do not guarantee the absence of queues, but rather a more effective and faster service in the case that there is a high demand in the FVTCs. The FTC is not responsible for potential delays which can occur for those who have booked a Ticket Collection Appointment taking into consideration the complexity of the operation.

Please note, Ticket Collection Appointments on Match Days and the day before Match days will not be available due to the huge number of requests.

**Will I receive confirmation of the Ticket Collection Appointment I have made?**

After booking your Ticket Collection Appointment, you will receive an email confirmation of the selected Ticket Collection location, date and time.  You can always view the details of the Ticket Collection Appointment selected in your FIFA Ticketing Account at www.fifa.com/tickets, in the section "Ticket Delivery / Ticket Collection Summary".

**In the case that I cannot book a Ticket Collection Appointment for the day, time location that I'm looking for, what is the reason?**

The FTC cannot guarantee availability on the location, date and shift of your preference, as there will only be a certain number of appointments available. If a date is not available to select it is either due to the reason that the FIFA Ticket Collection location is not open, or due to the reason that there are no more Ticket Collection Appointments available in which case we suggest you choose a different combination of location, date or time.

In any case, we recommend you book your Ticket collection appointment as soon as possible. Please note, Ticket Collection Appointments on Match Days and the day before Match days will not be available due to the huge number of requests.

Generally, we recommend you collect your Tickets as early as possible and before the Match day in order not to endanger the timely access to the stadium before the Kick Off time of the Match.

Please note that while we endeavour to provide you with the best possible service, delays can occur when collecting your Tickets.  Please note that the appointment slots do not guarantee

# Frequently Asked Questions for
# International Residents



the absence of queues, but rather a more effective and faster service in the case that there is a high demand in the FVTCs. The FTC is not responsible for potential delays which can occur for those who have booked a Ticket Collection Appointment taking into consideration the complexity of the operation.

**Can I collect Tickets without making an appointment?**

If the FIFA Venue Ticketing Centre ("FVTC") is open, you can still visit the FVTC to collect your Tickets, however please note that long queues and delays may be experienced and you will not have access to the appointment queue.  Alternatively, you could try to book a Ticket Collection Appointment for an alternative time, location, or date.   Please note, Ticket Collection Appointments on Match Days and the day before Match days will not be available due to the huge number of requests.

We recommend you collect your Tickets as early as possible and before the Match day in order not to endanger the timely access to the stadium before the Kick Off time of the Match.

The FTC cannot guarantee availability on your preferred location, date and time.

**Until when can I book my Ticket Collection Appointment?**

You can book an appointment to collect your Tickets anytime up to 24:00 (Brasilia time), 1 full day before the appointment date. For example, if you wish to collect your tickets on the 4th of June 2014, you can only book your appointment up to 24:00 (Brasilia time) on the 2nd of June 2014.

Please note, Ticket Collection Appointments on Match Days and the day before Match days will not be available due to the huge number of requests.

We recommend you book your Ticket Collection Appointment as soon as possible and before the Match day in order not to endanger the timely access to the stadium before the Kick Off time of the Match.  The FTC cannot guarantee availability on your preferred location, date and time.

**Can I amend my choice of location, date and time of collection?**

Yes. If you are unable to make the appointment you can amend or cancel by logging into your FIFA Ticketing Account at www.fifa.com/tickets up to 1 day (24:00 Brasilia time) before the appointment date.

We recommend you collect your Tickets as early as possible and before the Match day in order not to endanger the timely access to the stadium before the Kick Off time of the Match.

Please note, Ticket Collection Appointments on Match Days and the day before Match days will not be available due to the huge number of requests.

**What happens if I miss my Ticket Collection Appointment?**

If you miss your appointment, your Tickets will still be available for collection from any FIFA Venue Ticketing Centre ("FVTC"); however please be aware that you will not be eligible to access the appointment queue. Alternatively, you can book another appointment for an alternative day, subject to availability.

We recommend you collect your Tickets as early as possible and before the Match day in order not to endanger the timely access to the stadium before the Kick Off time of the Match.  Please note, Ticket Collection Appointments on Match Days and the day before Match days will not be available due to the huge number of requests.

## Ticket Delivery

**I am considering the delivery option for my Tickets.  What are the terms for this service?**

The details of the Ticket delivery service are described in the <u>Delivery Terms of Service</u>, and also the standard, <u>general terms and conditions of the appointed Delivery Company</u>. The <u>Delivery</u>

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

Terms of Service and the Delivery Company Terms can already be found at www.fifa.com/tickets.

**I'm trying to select delivery for my Tickets but the system says the Tickets are not eligible, why?**

Ticket delivery (via courier) will be possible, at your own cost, if you have purchased or requested Tickets before 30th January 2014, however, this is subject to the exceptions described in the Ticket Sales Regulations at: Ticket Sales Regulations and in the Delivery Terms of Service. Disabled Tickets cannot be delivered, because proof of eligibility is required upon Ticket collection. Team Series Tickets (as defined in the Sales Regulations) which include any of the round of 16 matches, quarter-finals matches, semi-final matches and the final match cannot be delivered because it will not be clear which match a team will compete in until the tournament is ongoing. There are also certain countries and/or locations that the delivery company will not or cannot deliver to; further information relating to these exclusions will be included within the Delivery Company Terms that will be made available by FIFA at a later date at www.fifa.com/tickets.

If your Tickets cannot be delivered for one of the reasons described in the Delivery Terms of Service, it is your sole responsibility to collect the Tickets at one of the FIFA Venue Ticketing Centre's in Brazil prior to the applicable Matches. Please note, FIFA will not make available any Tickets for collection at the Stadium at any time. We recommend you collect your Tickets as early as possible but in any case before the Match day.

**I've already made a purchase during a previous Sales Phase but did not yet include the Ticket delivery service. I have submitted another Ticket Application during the current Random Selection Draw Sales Period and selected to receive Tickets by courier within this Ticket Application. If my request is successful, what will happen?**

If your Ticket Application is successful or partially successful, the FTC will process your payment based upon the payment information you provided in your Ticket Application. If you selected Ticket delivery as part of your Ticket Application, the Ticket delivery fee will also be included in the payment amount due. Eligible Ticket requests submitted prior to 30 January 2014 will be included in the delivery consignment. Ineligible Ticket requests must be collected at FIFA Venue Ticketing Centres in Brazil, and it is your responsibility to collect your Tickets in time to attend the Matches.

**I've already made a purchase during a previous Sales Phase but did not yet include the Ticket delivery service. I have submitted another Ticket Application during the current Random Selection Draw Sales Period. If my request is unsuccessful, what will happen?**

If your Ticket Application is unsuccessful, but you still have a successful Ticket Application which is eligible for the Ticket delivery service from a previous Sales Phase, the FTC will process your payment for the Ticket delivery fee only based upon the payment information you provided in your Ticket Application. Eligible Ticket requests submitted prior to 30 January 2014 will be included in the delivery consignment. Ineligible Ticket requests must be collected at FIFA Venue Ticketing Centre's in Brazil, and it is your responsibility to collect your Tickets in time to attend the Matches.

**I know that Tickets requested after 30th January 2014 will not be eligible for Ticket delivery, why?**

Due to the operational processes required in order to process and transit such a large volume of Tickets, the deadline for Ticket Requests to be eligible for the Ticket delivery service is 30th January 2014. Any Ticket Applications submitted by you after 30th January 2014 will exclusively be available for collection at any FIFA Venue Ticketing Centre in Brazil and will not be included in the Ticket delivery package. It is your responsibility to collect your Tickets in time to attend the Matches Please note, FIFA will not make available any Tickets for collect from the stadium

# Frequently Asked Questions for
# International Residents



on any day and strongly recommends that you collect your Tickets as early as possible and in any case before the Match day.

**I've submitted a Ticket Application during the current Random Selection Draw Sales Period, but didn't choose Ticket delivery during my application. Can I change this?**

Provided your Ticket Request is eligible for Ticket delivery, you are entitled to change your selection to Ticket delivery prior to 30th January 2014. To make this change, you should log into your FIFA.com Ticketing Account at www.fifa.com/tickets and select the edit functionality in the Ticket delivery section of your user account. You should then select a payment method for the Ticket delivery service and the payment for the Ticket delivery service will be processed as a separate transaction.

**I am considering the delivery option for my Tickets. What are the costs?**

The Delivery Fee charged to you, as a resident outside of Brazil is USD 41. To avoid all costs and fees relating to delivery, you can elect to collect your Tickets at FIFA Venue Ticketing Centre's in Brazil.

**What does the delivery cost include?**

The Delivery Fee payable by you includes the cost of shipment and administration costs associated with the service as well as all applicable taxes in Brazil. The Delivery Fee does not include any customs duties, tariffs or other costs of other jurisdictions, if any. You must be prepared to pay any such customs, duties, tariffs and other costs, if they are imposed, in order to collect your Tickets. To avoid all costs and fees relating to delivery, you can elect to collect your Tickets at FIFA Venue Ticketing Centre's in Brazil.

**Do I have to pay for the Ticket delivery service for each Ticket I have purchased or each Ticket Application I make?**

A Ticket delivery request incorporates the Ticket Applications successfully requested by you before 30th January 2014 provided that all Tickets within the Application are eligible for delivery and do not meet the criteria of exceptions as detailed in clause 3.4 of the Delivery Terms of Service. Any Ticket Applications submitted by you after 30th January 2014, or any Ticket Application which contains ineligible Ticketing products will be available for collection at any FIFA Venue Ticketing Centre in Brazil and will not be included in the Ticket consignment delivered. Please note, FIFA will not make available any Tickets for collect from the stadium on any day and strongly recommends that you collect your Tickets as early as possible and in any case before the Match day.

**Where will you deliver my Tickets?**

You can select and pay for the Ticket delivery service by logging into your FIFA.com Ticketing Account at www.fifa.com/tickets. At this point you can also confirm a delivery address (as defined in the Delivery Terms of Service which can be different from the address entered when submitting a Ticket Application. The delivery address can be changed up until the 30th January 2014. Following this date, it is not possible to change the delivery address. The delivery address entered cannot include a delivery address inside of Brazil.

You are solely responsible to ensure that you have submitted the correct address information. If the Delivery Company is unable to deliver any Tickets due to an incomplete/incorrect address, neither FIFA nor the FTC shall be responsible for the failure to deliver the Tickets to you.

**I have already input a Ticket delivery address but I need to change it, how can I do this?**

You are entitled to change the address requested in a Ticket delivery request prior to 30th January 2014. The Ticket delivery address must be changed by the Main Ticket Applicant. To make a Ticket delivery address change, you should log into your FIFA.com Ticketing Account at www.fifa.com/tickets and select the edit functionality in the Ticket delivery section of your user account. Please note, you cannot request a change to the Ticket delivery address at any FIFA Venue Ticketing Centre in Brazil.

# Frequently Asked Questions for International Residents



FIFA WORLD CUP
Brasil

**If my Tickets were already dispatched, how can I change my delivery address?**

Changes to the delivery address are only permitted up until 30th January 2014. After this date, it will not be possible to change the delivery address because the Delivery Company will have started the delivery/transit process. We suggest that you make arrangements for someone to be present at the nominated Ticket delivery address in order for your Tickets to be successfully delivered.

As the Main Applicant, you are solely responsible to ensure that you submitted correct address information when submitting your Ticket delivery request. If the Delivery Company is unable to deliver any Tickets due to an incomplete/incorrect address, neither FIFA nor the FTC shall be responsible for the failure to deliver the Tickets to you

**Can I change my Ticket delivery address?**

Changes to your Ticket delivery address are only permitted up until 30th January 2014.

After this date, it will not be possible to change the delivery address because the Delivery Company will have started the delivery/transit process. We suggest that you make arrangements for someone to be present at the nominated Ticket delivery address in order for your Tickets to be successfully delivered.

As the Main Ticket Applicant, you are solely responsible to ensure that you submitted correct address information when submitting your Ticket delivery request. If the Delivery Company is unable to deliver any Ticket package due to an incomplete/incorrect address, neither FIFA, the FTC, nor the Delivery Company accept any liability for the delivery of the Tickets under that circumstance.

**I've submitted a Ticket delivery request and paid for the Ticket delivery service but have changed my mind. How can I cancel the request?**

You are entitled to cancel your Ticket delivery request, and to request collection of all Tickets allocated to you at the FIFA Venue Ticketing Centre's in Brazil, pursuant to the Sales Regulations, within seven (7) days following the receipt of the Delivery Company Terms by FIFA. In the event of a cancellation of the Delivery Request described above and in Clause 9.1 of the Delivery Terms of Service, FIFA will fully refund the payment received from you for the delivery of Tickets. Such cancellation of a Delivery Request does not entitle you to any further compensation or any further claim against FIFA, the FTC or the Delivery Company.

In addition to the cancellation rights above, you are entitled to cancel the Delivery Request and request collection of all Tickets allocated to you pursuant to the Sales Regulations, provided that the Delivery Company has not yet started the delivery/transit process for any of your Tickets – a process which may begin as of 30 January 2014. The request for cancellation of the Delivery Request must be made online through your FIFA.com Ticketing Account at www.fifa.com/tickets, or by contacting the FTC in writing using the "Contact Us" form available at www.fifa.com/tickets. Cancellation of the Delivery Request cannot be made at any FIFA Venue Ticketing Centre in Brazil. Cancellation requests made under these circumstances will not be eligible for a refund of any of the Ticket delivery fee paid by you.

**What happens if FIFA cannot deliver my Tickets due to operational and/or stadium related reasons?**

If FIFA cannot deliver your Tickets due to operational and / or stadium related reasons, you will receive a communication from the FTC by email or SMS to inform you that FIFA has cancelled your Delivery Request. FIFA will subsequently refund the applicable refund fee based on the amount received for the Ticket delivery service from you. You will then be able to collect your Tickets from any FIFA Venue Ticketing Centre in Brazil. Such cancellation of a delivery request does not entitle you to any further compensation or any further claim against FIFA, the FTC or the Delivery Company.

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

It is your responsibility to collect the Tickets prior to the Match day. Please note, FIFA will not make available any Tickets for collect from the stadium on any day and strongly recommends that you collect your Tickets as early as possible and in any case before the Match day.

**Which Delivery Company will you use to deliver Tickets?**
For security reasons, the name of the delivery company will not be released in advance. It will be a third party, independent and reputable delivery company.

**I still haven't decided whether to have my Tickets delivered, or whether to collect. By when do I have to decide?**
The delivery request must be submitted to FIFA by you no later than 30 January 2014. Irrespective of the date you receive your Ticket Confirmation (as defined in the Sales Regulations), any delivery request submitted to FIFA later than 30 January 2014 will automatically be rejected by FIFA and all Tickets allocated to you must be collected at the FIFA Venue Ticketing Centre's in Brazil.

**I am considering the delivery option for my Tickets. When will they be delivered?**
For security reasons, Tickets will not be delivered prior to 1 April 2014.

**Can I arrange a specific date/time for my Tickets to be delivered?**
No. Neither FIFA, nor the FTC, nor the Delivery Company can schedule or guarantee a specific delivery time or date.

**What happens if I don't receive my Tickets before I leave for Brazil?**
For security reasons, Tickets will not be delivered prior to 1 April 2014. The Ticket Holder will be notified by FIFA at a later stage of the time when the Delivery Company commences the delivery/transit process for Tickets in relation to the Competition. The Ticker Holder agrees and acknowledges that neither FIFA, nor the FTC, nor the Delivery Company can schedule or guarantee a specific delivery time or date.

If you plan to leave the chosen delivery address prior to this time, then we suggest you do not choose to receive Tickets by courier and instead collect your Tickets from one of the FIFA Venue Ticketing Centres upon arrival in Brazil. Please note, it is not possible to cancel your request for Ticket delivery once the Delivery Company has started to delivery/transit process for your Tickets.

**What happens if my Tickets are damaged when I receive them?**
Please check the contents of your Ticket delivery package immediately upon receipt. If any Ticket is damaged then please contact the FTC via the "Contact Us" form (selecting Ticket Delivery from the drop down menu) available at www.fifa.com/tickets, or by phone on 0041 445 831 000. Please include as much information as possible including the dispatch number, the Ticket delivery address and a screenshot of the Delivery Company's website showing the dispatch information.

**What happens if there are Tickets missing from the package I receive?**
Please check the contents of your Ticket delivery package immediately upon receipt. If you believe that there are Tickets missing from the package you receive, please contact the FTC via the "Contact Us" form (selecting Ticket Delivery from the drop down menu) available at www.fifa.com/tickets, or by phone on 0041 445 831 000. Please include as much information as possible including the dispatch number, the Ticket delivery address and a screenshot of the Delivery Company's website showing the dispatch information.

**What happens if I receive Tickets that are not mine?**
Please check the contents of your Ticket delivery package immediately upon receipt. If you believe that the Tickets you have received are not yours, please contact the FTC via the "Contact Us" form (selecting Ticket Delivery from the drop down menu) available at www.fifa.com/tickets, or by phone on 0041 445 831 000. Please include as much information

# Frequently Asked Questions for
# International Residents



as possible including the consignment dispatch number, the Ticket delivery address and a screenshot of the Delivery Company's website showing the dispatch information.

**I will receive my Tickets by post but want to submit some for resale. Can I also return them by post?**

You may put all or some of your Tickets up for resale on the official FIFA Transfer and Resale Platform subject to the applicable conditions. Those conditions are explained in the Transfer and Resale Policy, available at www.fifa.com/tickets and on item "Transfer and Resale" contained in the menu bar. For Tickets which have already been printed and either collected by the Ticket Purchaser or are in transit for delivery or have been delivered, the Ticket Purchaser must go to a FIFA Venue Ticketing Centre Help Desk, surrender the physical Ticket to the FIFA Ticketing Centre Help Desk staff, and complete the Ticket Resale request form developed for such purpose, or to send their Tickets via courier back to the FTC offices in either Rio de Janeiro, Brazil or Manchester, United Kingdom to the addresses available at www.FIFA.com. In such case:

•Tickets must be received by the FTC at least 7 days prior to the match;
•All costs in relation to the return of the Tickets by courier are to be borne by the Ticket Purchaser;
•Ticket Purchaser will be solely liable for any undelivered or lost Tickets;
•Ticket Purchaser to complete any documents as required.

Further details of the Transfer and Resale Policy are available at www.fifa.com/tickets, on item "Transfer and Resale"contained in the menu bar.Entry to the Stadium

**How long before the kick-off of a Match should I arrive at the venue?**

During the Competition, public transport systems will be under increased pressure. At certain times and locations, high demand will increase the time it takes to make a journey. We recommend that you allow plenty of time to travel to venues. Stadia gates open generally at least 3 hours prior to the commencement of a Match, so consider planning ahead, traveling early and relaxing once you arrive at the Stadia so that you can enjoy the Match.

**Will there be any restriction for items which I can bring to the stadium?**

Examples of items prohibited in the Stadium include weapons of any kind or anything that could be used as a weapon, fireworks, flares or other pyrotechnics, commercial materials or similar items which could infringe any rights of FIFA for the Competition, and other objects which could compromise public safety and/or harm the reputation of the Competition. For further information on prohibited items, please refer to the document "Stadium Code of Conduct" accessible at www.fifa.com/tickets, via the menu bar item "Legal Documents".

**Is there a minimum age for children?  Can my child sit on my lap?**

There is no minimum age for children. A Ticket must be purchased for each person who wishes to attend a match, regardless of age.

However, please note that any Ticket Holder entering the Stadium accompanied by children or adolescents must obtain, carry and present, in addition to their Match ticket, at any time, upon request of the FIFA World Cup™ Authorities, the necessary authorization from the minor's parents or legal guardians, as established by the local regulations.

**May I enter the Stadia accompanied by children or adolescents?**

Any Ticket Holder entering the Stadium accompanied by children or adolescents must obtain, carry and present in addition to their Match ticket, at any time, upon request of the FIFA World Cup™ Authorities, the necessary authorization from the minor's parents or legal guardians, as established by the local regulations.

**Am I granted access to the Stadium upon presentation of my Ticket Confirmation?**

No, access to the Stadium will only be granted upon presentation of a valid Ticket. Therefore it is necessary to collect the Tickets in good time before the Match.

# Frequently Asked Questions for
# International Residents



## Ticket Transfer and Resale

### Can I sell Tickets to somebody else?

No, you may not sell, offer for sale, resell, offer at auctions, donate, act as a commercial agent for another party or otherwise transfer your Ticket in any way without the specific prior written consent of FIFA.

Transfer requests will be considered in accordance with the Ticket Transfer and Resale Policy, please refer to the document "Ticket Transfer and Resale Policy" accessible at www.fifa.com/tickets, via the menu bar item "Transfer and Resale". The purposes for the rule limiting Ticket transfers and resale's include (a) event security, (b) consumer protection and (c) economic fairness.

Please note that according to Brazilian Laws, it is a criminal act to sell Tickets to a sporting event at a price superior to the price indicated in the tickets (see art. 41 F of the Estatuto de Defesa do Torcedor).

### Can I use Tickets as competition prizes or in an auction?

No. As indicated in the FIFA World Cup Bill and the General Terms & Conditions, Tickets may not be used in any sort of sweepstakes or as a prize in a competition and cannot be re-sold in an auction. For further details, please refer to the Ticket Sales Regulations.

### Can I buy or source Tickets from any third party other than FIFA?

No, all Tickets available for the purchase by the general public are exclusively available on www.fifa.com/tickets. Within FIFA.com, in addition to Tickets available alone, it is also possible to purchase Ticket inclusive official hospitality packages.

Please note that any Tickets obtained from any other source (for example, unauthorised intermediaries such as ticket brokers, internet auctions, internet ticket agents, internet or other unofficial ticket exchange platforms) will be automatically rendered void and invalid and do not entitle the Ticket Holder to any refund or further compensation. Upon request from FIFA, Ticket Holders must explain how, from whom, for what consideration and from where they obtained their Tickets.

### Can I transfer the tickets of my guests?

You can transfer the Tickets from your original Guests to another individual Guest nominated by you by logging into your FIFA Ticketing Account at www.fifa.com/tickets.

In any event, the other Guests must have a pre-existing relationship with you. Tickets may only be transferred to bona fide "Guests", namely, relatives, close friends, colleagues and/or the companions of individuals in wheelchairs or other disabilities. Note that you have legal responsibility for your Guests as identified in the Ticket Sales Regulations and the GTCs.

### Do I have to give reasons for the Transfer?

In order to avoid abuse of the Ticket Transfer programme, especially by individuals seeking to commercially re-sell tickets with a profit to the detriment of the new Ticket Purchaser, when transferring the tickets of his guest(s), you must specify the reason for the guest transfer to allow FIFA to give consent, and FIFA will only give consent in the following cases, in accordance with section 3. (v) of the Transfer and Resale Policy.

(a) you wish to transfer a Ticket from a named Guest to a family member;

(b) a nominated Guest is ill, unable to obtain a valid visa to travel to Brazil, is prohibited from travelling from his point of origin or dies or a close relative of the nominated Guest dies;

(c) there is an event of force majeure; or

(d) due to a change in personal circumstances.

# Frequently Asked Questions for
# International Residents



**Can my Tickets be transferred?**
No. As the Main Applicant, you may not transfer the Ticket allocated to you. If you are unable to use a Ticket, you may submit all of your Tickets for resale via the resale platform.  For more details on the Ticket Resale Policy, please click here

**Until when can I transfer the tickets of my guests?**
Guest Ticket Transfers may be made from *15 April, 2014, 12:00 CET* until the end of the day (*24:00 CET*) 3 full days prior to the start of the relevant match. In the case of a VST/TST, the transfer can be made until 3 full days before the first Match of the Ticketing product.

**Do I have to pay a fee for my Guest Transfers?**
No. There are no fees applicable to Guest Transfers.

**What is the process to request a guest transfer?**
You must submit a transfer request online within your ticketing account of www.FIFA.com or at a FIFA Venue Ticketing Centre within Brazil.
Within the FIFA.com Ticketing Account, you can request a guest transfer following the steps:
visit the "previous requests" section of your FIFA Ticketing Account
select on the guest you wish to transfer
select a reason for the guest transfer
confirm the details of the new Ticket Holder
**PLEASE NOTE: YOU CAN ONLY TRANSFER A GUEST TICKET TO ANOTHER GUEST WHO IS ELIGIBLE FOR THE SAME TICKET TYPE / CATEGORY.**

**Can I transfer the ticket(s) of my guest(s) for only some of the matches included in my VST/ TST?**
No. If you have purchased Venue Series Tickets ("**VSTs**") or Team Specific Ticket Series ("**TSTs**"), you may only submit the entire VSTs or TSTs series for a Ticket transfer (and not any parts thereof). If you who wish to bring different Guests to different matches, you may apply for individual match Tickets which do allow for different Guests for different matches.

**Can I transfer a concession/discounted ticket of my guest to another guest without concession and pay the difference of price?**
No. If you want to transfer a concession Ticket identified for a Guest, you may do so, but only in the following manner:
(a) concession tickets may only be transferred to persons eligible for same concession type
(b) Tickets are not available for transfer to full price Guests.
In such cases, FIFA may request the submission of documents to provide proof of eligibility of the Guest.
Tickets for which you paid the full Face Price can be transferred in accordance with the rules set out here, but there will be no refund for Guests qualifying for a concession as eligibility must be established at the time of purchase.

**How can I submit my Tickets for resale?**
To resell a Ticket, the Main Applicant must:
(1) Submit a Ticket Resale request through one of the channels below:
*Online for Tickets that Have Not Been Printed*. For Tickets which have not yet been printed or dispatched for delivery, the Main Applicant may submit a request online within the Main Applicant's ticketing account accessed through FIFA.com.
*Over-the-Counter for Tickets that Have Not Been Printed*: For Tickets which have not yet been printed or dispatched for delivery, the Main Applicant may submit a request at one of the FIFA Venue Ticketing Centers Help Desks.
*Only Over-the-Counter for Tickets that Have Been Printed*: For Tickets which have already been printed and either collected by the Main Applicant or are in transit for delivery or have been delivered, the Main Applicant must go to a FIFA Venue Ticketing Centre Help Desk, surrender

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

the physical Ticket to the FIFA Ticketing Centre Help Desk staff, and complete the Ticket Resale request form developed for such purpose, or to send their Tickets via courier back to the FTC offices in either Rio de Janeiro, Brazil or Manchester, United Kingdom to the addresses available at www.FIFA.com/tickets, or detailed below. In such case:

Tickets must be received by the FTC at least 7 days prior to the match;

All costs in relation to the return of the Tickets by courier are to be borne by the Main Applicant;

The Main Applicant will be solely liable for any undelivered or lost Tickets;

The Main Applicant to complete any documents as required.

FIFA Venue Ticketing Centre staff will follow enhanced security protocols to deal with the returned Ticket.

(2) Provide a means for receipt of the resale proceeds.

As part of the resale request process, the Main Applicant must also provide a means for receipt of the resale proceeds (i.e. payment card details) in accordance with the policies described in the Transfer and Resale Policy.

THE MAIN APPLICANT MUST BE AWARE AND SHALL ALLOW FOR BANK AND PAYMENT CARD COMPANY PROCESSING TIMES. The FTC is not responsible for delays caused by time taken via banks, credit card processing companies, or third parties involved in the transaction process

**What are the consequences if I choose to sell my Tickets to somebody else outside of the official Transfer and Resale Platform at www.fifa.com/tickets?**

Clause 8 of the General Terms and Conditions states that, in the event of a violation of any terms of the GTCs, the Stadium Code of Conduct or any of the relevant laws, by-laws, regulations, ordinances of, or instructions given by, the FIFA World Cup™ Authorities, in addition to the other rights and remedies that the FIFA World Cup™ Authorities may have, a Ticket will be automatically rendered null and void and the FIFA World Cup™ Authorities may, as the case may be,

(a) refuse entry into the Stadium to the Ticket Holder;

(b) eject the Ticket Holder from the Stadium;

(c) seize the Ticket;

(d) electronically cancel the Ticket, and any other Tickets bearing the Ticket Holder's name if such other Tickets are determined to have also been subject of a violation;

(e) file suit to enforce the relevant terms, laws and regulations and claim damages, if appropriate; and/or

(f) notify governmental authorities of any such violation.

None of the Ticket Holders are entitled to any refund or further compensation, subject to applicable laws, if (i)a Ticket is rendered null and void, (ii) admission is refused, (iii) the Ticket Holder accesses the Stadium on the basis of wrongful conduct (such as seeking access with a Ticket obtained through any Ticket sources not authorized by FIFA), or (iv) a Ticket Holder is ejected from the Stadium based on a violation of the GTCs, the Stadium Code of Conduct or any of the relevant laws, by-laws, regulations, ordinances of, or instructions given by, the FIFA World Cup™ Authorities.

Additional remedies are described in the General Terms and Conditions for the Use of Tickets.

**In addition,** according to Brazilian laws, it is a criminal act to sell Tickets to a sporting event at a price superior to the price indiated on the tickets (see art. 41 F of the Estatuto de Defesa do Torcedor).   Penalties incurred for this type of behaviours range from detention of 1-4 years, or a fine.  Please see the relevant section and the possible penalties below:

FAN STATUTE

Dispõe sobre o Estatuto de Defesa do Torcedor

Art. 41-F. Sell tickets to a sporting event at a price superior to the one indicated in the ticket:

# Frequently Asked Questions for
# International Residents



Penalty – detention from 1 (one) year to 2 (two) years, or a fine.
Art. 41-G. Supply, deviate or facilitate the distribution of tickets for sale at a price superior to the one indicated in the ticket:
Penalty – detention from 2 (two) years to 4 (four) years, or a fine.
Sole paragraph. The penalty shall be increased from 1/3 (one third) to one half if the individual is a government employee, director or employee of a sporting entity, of the entity responsible for the organisation of the competition, of a company hired for the process of issuance, distribution and sale of tickets or an organised fans' club, and makes use of such condition for the purposes set forth in this article.
Please also note that in accordance with the FIFA World Cup Law, the individual reseller would also be obligated to pay additional penalties and bear additional sanctions.
FIFA WORLD CUP LAW
Section IV
Civil Sanctions
Art. 16. Considering the provisions of Law No. 10,406, dated January 10, 2002, one who practices the following acts, among others, without authorization by FIFA or by a person appointed by FIFA, shall be obligated to indemnify damages, lost profits and any other gains obtained:
V - sale, offering, transportation, concealing or exposition for sale, negotiation, deviation or transfer of Tickets, invites or any other type of authorization or accreditation for the Events, in an onerous manner, with the purpose of obtaining advantages to itself or to others; and
VI - use of Tickets, invites or any other type of authorization or accreditation for the Events for advertising, sales or promotional purposes, as a benefit, give away, competition or sweepstake prize, or as part of a hospitality or travel package, or their availability or advertisement for these purposes.
Art. 35.. In the determination of the penalty of fine set forth in this Chapter and in articles 41-B and 41-G of Law No.10,671, of May 15, 2003, when the crimes are related to the Competitions, the limit referred to in paragraph 1 of article 49, of Decree-Law No. 2,848, of December 7, 1940 – Penal Code, may be increased or decreased up to 10 (ten) times, according to the financial conditions of the infringing party and of the advantage improperly earned.

**Can I allow one of my guests to become the main applicant on my application?**
No, the main Applicants are not permitted to transfer the Ticket allocated to the Main Applicant himself. If the Main Applicant is unable to attend the match for which he has purchased Tickets, then he may submit all of his Tickets for possible resale under the Ticket Resale programme.

**When can I submit my Tickets for resale?**
A Main Applicant may submit his Ticket Resale request at any time between 15 April 2014 at 12:00 CET / 07:00 Brasilia Time and up until 24:00, Central European Time / 19:00 Brasilia Time 3 full days prior to the start of the relevant match.

**If my tickets are successfully resold will I be charged a fee?**
An administration fee of 10% of the price printed on the Face of a Ticket (Face Price), or the concessionary price paid by the Main Applicant, if applicable, rounded up to the nearest dollar or real (as applicable to the transaction) for each Ticket identified in the Ticket Resale Request that is actually re-sold, will be deducted from the amount paid to the Main Applicant (the "**Resale Handling Fee**"). Therefore, if the Tickets are resold, the original Main Applicant will be entitled to resale proceeds equal to the amount he paid, less the Resale Handling Fee and less any bank changes if the Main Applicant requests payment by a method for which banking fees are imposed and any currency conversion differences (if applicable). The new Main Applicant will pay the official price applicable to the sale of Tickets at the time of sale (whether full price or concessionary price) as defined in the official price list issued by FIFA for such type of Tickets.

# Frequently Asked Questions for
# International Residents



The original Main Applicant will NOT receive back any fees:

that he may have paid when originally purchasing the Ticket, such as the TST (both Fixed and Conditional) Fee; or

in relation to delivery of tickets, if delivery was requested by the Main Applicant and delivery was not cancelled in accordance with the Delivery Terms of Service

**Can I change my mind once the Tickets are submitted for resale?**

A Main Applicant can change his/ her mind, and take his/ her Tickets out of the resale programme at any time, as long as the Tickets have not yet been resold, by selecting the option on his Ticketing Account online or by returning to a FIFA Venue Ticketing Centre at any time prior to the Ticket being resold.

**What happens with my Tickets if they are not resold?**

If the Tickets have not been resold by the day of the Match, the Tickets will be available for the Main Applicant to pick up at the FIFA Venue Ticketing Centres. Customers are recommended to collect their Tickets as far in advance as possible. **FIFA will not make any Tickets available for collection at the stadium on any day including the day of the match.**

**When will I receive a refund if my tickets are successfully resold?**

If the Tickets are resold, the FTC will issue resale proceeds to the Main Applicant no later than thirty (30) days following:

last Ticket put on resale was sold; or

the last match being the subject of the Ticket resale request, whichever comes last.

For all Main Applicants that paid their Tickets by Credit Card, the FIFA Ticketing Centre ("FTC") will always try to process a refund onto the payment card used to purchase the Tickets.

Brazilian Residents

If the refund onto the payment card used to purchase the Tickets is not successful, or if the Tickets were paid by Boleto, the FTC will issue a Payment Order for the refund amount which can be collected from any Itau branch by presenting the Main Applicant's CPF.  In order to ensure that the funds can be collected satisfactorily from the Itau branch, please ensure that the Main Applicant's name and CPF information is inserted correctly at the end of the process.  The FTC will not be responsible for any issues in collecting the Payment Order if this is caused by incorrect information being provided by the Main Applicant.

Residents outside of Brazil

If the refund onto the payment card used to purchase the Tickets is not successful, or if the Tickets were paid by Bank Transfer, the FTC will transfer the refund amount by Bank Transfer. Please provide the FTC with Bank details of an Account registered in the name of the Main Applicant in the fields located at the end of the process.  The FIFA Ticketing Centre will not be responsible for any issues with or delays in processing a refund due to incorrect information being provided by the Main Applicant.

THE MAIN APPLICANT MUST BE AWARE AND SHALL ALLOW FOR BANK AND PAYMENT CARD COMPANY PROCESSING TIMES. The FTC is not responsible for delays caused by time taken via banks, credit card processing companies, or third parties involved in the transaction process.

The Main Applicant is responsible for checking on the status of this resale request, by accessing his Ticketing Account menu item or contacting the FTC call centre.  The Main Applicant is also responsible for making sure that he has provided the FTC with an effective method of providing payment of the resale proceeds, and should check with the FTC if the status of the request indicates that the Tickets have been resold, but no resale proceeds have been received within the time period identified, to make sure that there was not a problem with the payment method provided by the Main Applicant.

The resale proceeds will be provided in US dollars or Reais depending on the currency used in the original transaction as applicable, PMA Supporters who may have purchased in their local

# Frequently Asked Questions for
# International Residents



FIFA WORLD CUP
Brasil

currency will be refunded in USD only. Once resale proceeds are credited to the Main Applicant's payment card or bank account or are otherwise paid, the conversion rates applicable for conversion into other currencies are dependent on the banks or payment card companies involved. If resale proceeds have to be provided by bank transfer, the amount will be reduced by the cost of the bank transfer fees. Currency fluctuations may further reduce the amount of the resale proceeds.

The name of the individual Main Applicant must be the same as the name of the individual on the payment card being provided with the credit, or the bank account to which the resale proceeds are being transferred.

**Can I submit only some Tickets from a VST for resale?**

VSTs represent specific types of products, namely, strips of tickets which allow the VST holder to watch a certain number of Matches taking place in such Stadium.. However, Main Applicants who have purchased VSTs, but whose Guests cannot attend all of the matches, may submit one or more Tickets of their Guests' VSTs series of tickets for resale subject to the requirements reflected in the Ticket Transfer and Resale Policy available at www.fifa.com/tickets.

If the Main Applicant submits any of his tickets for a given Match for resale, all Guests' Tickets must also be submitted for resale for that particular Match, as it is not possible to submit the Main Applicant's Tickets for resale and retain any of the Guests' Tickets.

**Can I submit only some Tickets from a Fixed TST for resale?**

Fixed Team Specific Tickets or "TSTs" represent specific types of products, namely, strips of tickets which allow the TST holder to watch a certain number of Matches in which either the PMA of the Ticket Applicant's choice plays or would have played in case of the PMA's qualification for such Matches. . However, Main Applicants who have purchased Fixed TSTs, but whose Guests cannot attend any or all of the matches, may submit one or more Tickets of their Guests' TSTs series of tickets for resale subject to the requirements reflected in the Ticket Transfer and Resale Policy available at www.fifa.com/tickets.

If the Main Applicant submits any of his/her tickets for a given Match for resale, all Guests' Tickets must also be submitted for resale for that particular Match, as it is not possible to submit the Main Applicant's Tickets for resale and retain any of the Guests' Tickets.

**I have purchased Team Specific Tickets to support my PMA through my PMA's Ticketing website located in FIFA.com. Can I submit some of my Tickets for resale?**

If the PMA for which you have purchased tickets allow their PMA Supporters to submit tickets for resale, the Main Applicant will be able to submit the tickets via their Ticketing Account. Please note that some PMAs operating Fan Clubs may have opted out of this option. If your PMA has opted out, please contact your PMA directly.

**I have purchased Team Specific Tickets to support my PMA through my PMA's Ticketing website located in FIFA.com. Can I submit some of my CONDITIONAL Tickets for resale?**

Yes, Main Applicants who have purchased Conditional (PMA) TSTs, but whose Guests cannot attend all of the matches, may submit one or more Tickets of their Guests' tickets for resale. If the Main Applicant submits any of his tickets for a given Match for resale, all Guests' Tickets must also be submitted for resale for that particular Match, as it is not possible to submit the Main Applicant's Tickets for resale and retain any of the Guests' Tickets.

Please note: Tickets will not be made available for resale until the outcome of the PMA's qualification to the match of your ticket is known:

- If the PMA qualify to play the match for which Tickets have been submitted for resale, then the Conditional TST will become an Individual Match Ticket for the Match that will be played by the PMA and the Ticket will be eligible to be made available for resale, according to the Ticket Resale Terms and Conditions.

# Frequently Asked Questions for
# International Residents



- If the PMA does not qualify to play the match for which Tickets have been submitted for resale, the tickets will be refunded according to the rules governing the refund of Conditional TSTs: the Main Applicant will be entitled to a refund of the Ticket price including the handling fee paid by the TST Fee, and a small handling charge of $10 per customer/guest (up to a maximum of $40), equivalent to 20 Brazilian Reais (up to a maximum of 80 Brazilian Reais per order), will be deducted from the refund.

**If I submit my Tickets for resale, are they guaranteed to be resold?**

No.  There is no guarantee that a Ticket returned to FIFA for resale will actually be resold.  If a Main Applicant cannot use all of the Tickets that he has purchased, he may submit these Tickets to FIFA for resale to another fan.

A Ticket will made available for resale once all tickets in the same category for the same Match have been sold by FIFA. In case Tickets in the same category for the same Match become available after a Tickets has been made available for resale (but has not been sold), such resale Tickets shall remain available on the platform. A Ticket returned to FIFA for re-sale is considered "**re-sold**" if the specific seat originally allocated to the customer is sold to a new customer.  If a Ticket is resold, such transaction will allow the Ticket to be legitimately acquired by a new Main Applicant for the official price, and resale proceeds will be provided to the original Main Applicant (less a Resale Handling Fee as defined in Clause 4 (x) of the Ticket Transfer and Resale Policy available at www.fifa.com/tickets ). If the Main Applicant's Tickets are not resold, no resale proceeds will be returned to the Main Applicant.

**If I want to return my Tickets by courier to the FTC, where should I send them?**

If you wish to return Tickets by courier in order to submit them for resale, please note:

Tickets must be received by the FTC at least 7 days prior to the match;

All costs in relation to the return of the Tickets by courier are to be borne by the Main Applicant

The Main Applicant will be solely liable for any undelivered or lost Tickets;

The Main Applicant must complete any documents as required.

Please also ensure that you obtain proof of postage detailing:

the date and time of postage

the senders name, address, and ID information

the recipient's name, address

the contents of the package (including match, category, quantity and name on Ticket (s))

For residents of Brazil, the Tickets should be sent to:

Centro de Ingressos da FIFA (FTC) com operação da MATCH Services AG

Av. Salvador Allende no 6555, Rio Centro – Pavilhão 1,

Barra da Tijuca, Rio de Janeiro – RJ, Brasil,

CEP 22783-127 (Rio Centro)

For residents outside of Brazil, the Tickets should be sent to:

Transfer and Resale Team

FIFA Ticketing Centre

Cheadle Royal Business Park

Cheadle

SK8 3SA

England

## Ticket Account Enquiries

### Why should I check "My Account" on the website?

Your Ticket account includes important information related to your Ticket requests. In it you can check if your application for Tickets has been successful, modify or cancel your Ticket

# Frequently Asked Questions for
# International Residents



Application, until the dates established for the respective Random Selection Draw period of Sales Phases (1) and (2).

**Who can I ask if I have a question regarding the ticket application process?**
Please refer to these "Frequently Asked Questions".  Should your question still be unanswered please complete the "Contact Us" form or through the IVR system and your enquiry will be dealt with by the FIFA Ticketing Centre.

**How do I change my Ticketing Account email address?**
To change the email address that communications are sent to by the FIFA Ticketing Centre you must log into your Ticketing Account on www.fifa.com/tickets, click on your account name in the top right hand corner of the page.  From here you can select to change your email address details or account password or any other personal information as provided as part of the Ticket Application.  Please remember any changes you make to your account.

## General Enquiries

**What if my ticket is lost, destroyed or stolen?**
Treat your Tickets with care and keep them in a safe location at all times. Due to security concerns, duplicate Tickets will not be issued, because duplicate Tickets could result in more spectators entering the Stadium than the Stadium could safely accommodate. If you know that your Ticket has been lost or stolen, please report any theft to the police and contact the FIFA Ticketing Centre immediately. FIFA Ticketing Centre's contact details can be found on the "Contact Us" link in our website www.fifa.com/tickets.

**I have Tickets.  How do I get accommodation?**
You can secure hotel and other types of accommodations by any means of your choice. If you wish, the FIFA World Cup Accommodation Office has a number of hotel rooms secured for the duration of the Competition.
FIFA recommends that you secure accommodation, as well as international transportation to and from Brazil, early due to anticipated high demand. For information, please visit the following link: http://hotels.fifa.com

**Will the cost of travel be included with the Tickets I purchase?**
No. However, within Brazil, in some Host Cities, the appropriate authorities may provide free access to public transportation systems that connect the main Host City areas and Stadium on Match days for individuals who hold a Ticket and have made appropriate arrangements.
Detailed information of each Host City network, if applicable, will be available in the Host City Spectator Guides and on www.fifa.com/tickets in due course.

**Will there be public parking at the venues?**
No, public parking is not generally available within the stadium grounds. A limited allocation of disabled access and elderly parking spaces will be available to elderly and disabled Ticket holders within each Stadium.

**Are disabled customers entitled to obtain a parking pass?**
In order to utilise a parking space reserved for disabled customers, the Ticket holder must obtain a disabled access parking pass.  Parking spaces are limited, and an allocation of car parking spaces for the disabled has not yet been determined for the 2014 FIFA World Cup Brazil™. Therefore, please contact enquiries@2014ftc.com in order to register your interest in a car parking pass.

# Frequently Asked Questions for
# International Residents



**FIFA WORLD CUP
Brasil**

**I have a disabled access parking pass and plan to drive a car to the stadium. How can I find out about parking?**
The location of parking within each stadium may vary. Where necessary, a transfer service may be provided between the parking spaces and the Stadium. Further details will be available in due course.

**What is FIFA doing about hooligans?**
FIFA is working closely with all participating National Football Member Associations and international authorities to ensure that individuals who have been banned from attending football Matches are not able to purchase Tickets. If a successful applicant is later found to be included in a National / Member Association's list of banned individuals, that person's application will be cancelled.

## Important Documents for Ticket Purchase

**What are the Ticket Sales Regulations?**
The Ticket Sales Regulations are the regulations applying to, and governing, the sales of Tickets by FIFA to individuals. The Ticket Sales Regulations will be accessible at www.fifa.com/tickets, via the menu bar item "Legal Documents" and will be registered with the Registry Title and Deed ("Registro de Títulos e Documentos – RTD").

**What are the General Terms and Conditions?**
The General Terms and Conditions are regulating any use of Tickets and the terms of admission to the Stadium at which a specific Match is taking place. The General Terms and Conditions will be accessible at www.fifa.com/tickets, via the menu bar item "Legal Documents" and will be registered with the Registry Title and Deed ("Registro de Títulos e Documentos – RTD").

**What is the Stadium Code of Conduct?**
The Stadium Code of Conduct describes the applicable safety and security measures and policies for the conduct of every person using a Ticket to attend a Match within a Stadium on Match days. The Stadium Code of Conduct will be accessible at www.fifa.com/tickets, via the menu bar item "Legal Documents" and will be registered with the Registry Title and Deed ("Registro de Títulos e Documentos – RTD").