# EXHIBIT "7"

# FINANCIAL REPORT 2014



65th FIFA Congress | Zurich, 28 and 29 May 2015

# FIFA'S PERFORMANCE IN THE 2011-2014 FINANCIAL PERIOD AT A GLANCE

### Development projects
Football development expenditure of USD 1,052 million (2007-2010: USD 794 million)

### Investment in football
72% (USD 3,359 million) of overall expenditure directly invested in football

### Commercial success
Record revenues of USD 5,718 million (2007-2010: USD 4,189 million)

### Operational success
Positive net result of USD 338 million

### Financial prudence
Reserves increased to USD 1,523 million

### 2014 FIFA World Cup™ Legacy Fund
USD 100 million donated to Brazil to ensure sustainable football development



## REVENUE 2011-2014



Other revenue 28%
43% TV
Marketing 27%

100% = USD 5,718 million

## EXPENSES 2011-2014



Other expenses 28%
72% Direct investments in football (FIFA events and development)

100% = USD 5,380 million

# FINANCIAL REPORT 2014



65th FIFA Congress | Zurich, 28 and 29 May 2015



**01 FOREWORDS** 4
FIFA President 6
Chairman of the Finance Committee 8
Chairman of the Audit and Compliance Committee 10

**02 FACTS & FIGURES 2011-2014** 12
Overview 14
Income statement 16
Balance sheet 20
Budget comparison 22

**03 FACTS & FIGURES 2014** 26
Income statement 28

**04 2015-2018 PERIOD** 30
Detailed budget for 2016 32

CONTENTS / 2014

**05** **SPECIAL TOPICS** 34
2014 FIFA World Cup Brazil™ 36
Develop the game 46
Asset management report 50

**06** **FIFA GOVERNANCE REPORT** 52
FIFA Governance Report 54

**07** **ANNEXE 2014** 84
Consolidated financial statements 2014 86
Auditor's report 138

**08** **ANNEXE 2011-2014** 140
Consolidated financial statements 2011-2014 142
Auditor's report 146
Audit and Compliance Committee report 147





**FOREWORDS**

**01**

As the biggest global sporting event of the year kicked off, fans gathered on the Copacabana and around the world to celebrate what would become a sun-soaked and spectacular 2014 FIFA World Cup Brazil™.



"THE FIFA WORLD CUP WAS A VERITABLE FOOTBALLING SUCCESS, CONCLUDING THE 2011-2014 FINANCIAL PERIOD ON A GREAT HIGH."

6

**FOREWORDS**

FIFA PRESIDENT 6
CHAIRMAN OF THE FINANCE COMMITTEE 8
CHAIRMAN OF THE AUDIT AND COMPLIANCE COMMITTEE 10

**01**

## DEAR MEMBERS, DEAR FRIENDS OF FOOTBALL,

It is a pleasure to present you with FIFA's Financial Report for 2014, the year of the FIFA World Cup™ in Brazil. Our flagship event was a truly unforgettable tournament. From the first kick of the ball to the last, fans around the world were hit by football fever. It was a veritable footballing success that concluded the 2011-2014 financial period on a great high.

Most of FIFA's revenue comes from the FIFA World Cup™, the financial success of which provides global football with a solid foundation from which to flourish. FIFA redistributes the majority of this revenue back into football through investment in development programmes, international football tournaments, football governance and the organisation of the next FIFA World Cup™, which cumulatively will exceed USD 3.8 billion in investments during the 2015-2018 budgetary cycle.

In order to help ensure a positive and lasting impact for all of Brazil, USD 100 million of the revenue from the 2014 FIFA World Cup™ was invested into a legacy fund. The fund will be used to promote development in areas such as infrastructure, women's and youth football, and healthcare and social programmes in underprivileged communities, with a special focus on the 15 states that were not home to one of the 2014 FIFA World Cup™ Host Cities.

As we embark on a new commercial cycle, we have many reasons to be optimistic, having already made good progress in securing or extending a number of new or existing partnership agreements. The healthy capitalisation for our organisation, as well as solid levels of turnover, puts us in a very secure position from both a financial and operational perspective, protecting the future of the FIFA World Cup™, the many other tournaments we stage and global football development.

I would like to pay tribute to the work of former FIFA Senior Vice-President Julio Grondona, who passed away last year. Mr Grondona chaired the FIFA Finance Committee with dedication and commitment between 1999 and 2014 – overseeing a period of growth and success for global football and for FIFA. We are confident that FIFA Senior Vice-President Issa Hayatou, as the new chair of the committee, will continue this work with distinction.

For the Game. For the World.

*[signature]*

Joseph S. Blatter
FIFA President



"WE ARE ENSURING THAT THE SUCCESS OF THE FIFA WORLD CUP IS SHARED THROUGHOUT THE FOOTBALL COMMUNITY."

8

**FOREWORDS**

FIFA PRESIDENT  6
CHAIRMAN OF THE FINANCE COMMITTEE  8
CHAIRMAN OF THE AUDIT AND COMPLIANCE COMMITTEE  10

**01**

## DEAR MEMBERS OF THE FOOTBALL COMMUNITY,

With packed stadiums and a total of 171 goals, the 2014 FIFA World Cup Brazil™ could not have been better. The football on display during the group phase was highly entertaining, and the knockout stages could hardly have been tenser, with eight of the 16 matches being decided after extra time or on penalties. Brazil really did deliver "a Copa das Copas", or simply translated: "the World Cup of all World Cups".

Beyond providing the sporting highlight of the 2011-2014 tournament cycle, the FIFA World Cup™ ensured the cycle was also successful from the financial perspective. This success allowed us to once again increase the participant contributions paid to the member associations participating in the tournament and the clubs that released the players to USD 476 million, up 13.3% from USD 420 million in 2010.

An increase has also been applied to the participant contributions at the many other tournaments that FIFA organises, as well as to the level of investment we are making in the Financial Assistance Programme and other football and social development initiatives we run around the world. In total, USD 900 million has been allocated for such initiatives for the 2015-2018 budgetary cycle, ensuring the success of the FIFA World Cup™ is shared throughout the football community.

We are also investing USD 2,153 million in the next edition of the FIFA World Cup™, for which preparations are now well underway. As this figure demonstrates, we will leave no stone unturned in our efforts to offer another spectacular event to fans across the globe.

With so many ongoing and planned investments, it is my pleasure to report that we were able to conclude the 2014 financial year with a surplus of USD 141 million, increasing our equity reserves to USD 1,523 million, up 6.4% from 2013.

On behalf of the Finance Committee, I look forward to presenting our positive results to you in greater detail at the 65th FIFA Congress in Zurich.

Issa Hayatou
Chairman of the Finance Committee