IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VICKI PALIVOS, et al. ) | Case No. 2:15-cv-1721-JCM-CWH |
|     Plaintiffs, ) | |
| ) | **ORDER TEMPORARILY UNSEALING** |
| vs. ) | **TRANSCRIPT** |
| FIFA, et al., ) | |
|     Defendants. ) | |
| _____) | |

    On June 1, 2016, Katherine Eismann, Official Court Reporter, received a Transcript Order from Marianne Carter, counsel for defendant, requesting a transcript of the sealed hearing June 1, 2016, in the above-entitled matter.

    **IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Marianne Carter.

    **IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

    **DATED** this 1st day of June 2016.

_____
CARL W. HOFFMAN
U.S. District Court Magistrate Judge