AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Nevada _____

Vicki Palivos,
George Kleanthis,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

V.

Federation Internationale Football
Association also known as FIFA, et al

Case Number: 2:15-cv-01721-JCM-CWH

Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

that judgment is hereby entered pursuant to Order #85 entered July 28, 2016.

July 28, 2016

/s/ Lance S. Wilson

Date

Clerk

/s/ M. Morrison

(By) Deputy Clerk